# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:22-CR-149

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| JAYTON GILL, | ) |
| Defendant. | ) |
| | ) |

---

CHARACTER LETTERS SUBMITTED FOR SENTENCING

ON BEHALF OF JAYTON GILL

Defendant Jayton Gill by and through counsel and pursuant to Local Criminal Rule 32.5(c) and (d), respectfully submit the following letters of support for the Court's consideration in connection with the Defendant's sentencing which is currently set for July 18, 2023:

<u>AUTHOR</u>

1.      Shirley Gill, Raeford, Virginia

2.      Joy Hurd, Draper, Virginia

3.      Ellen Hart, Durham, North Carolina

4.      Sara Hurd, Durham, North Carolina

5.      Elizabeth Hart, Richmond, Virginia

6.      David Hurd, Draper, Virginia

7.          Richard Hart, Alexandria, Virginia

8.          John Gorman, Richmond, Virginia

9.          Chad Van Alstin, Durham, North Carolina

10.        Jasper Hurd, Durham, North Carolina

11.        Matthew Gilliland, Rocky Mount, North Carolina

12.        Jordan Gill, Radford, Virginia

13.        Thomas Joseph Fox Jr., Portsmouth, Virginia

14.        Chris Emory, Lexington Park, Maryland

15.        Steven Zung, Durham, North Carolina

16.        Dain Anderson, Durham, North Carolina

17.        Marcus Mitchell, Durham, North Carolina

18.        Will Workman, Morrisville, North Carolina

19.        Michael Shanklin, Durham, North Carolina


Respectfully submitted this the 11th day of July, 2023.


/s/ Douglas E. Kingsbery
Douglas E. Kingsbery
N.C. State Bar No. 9307

**THARRINGTON SMITH, L.L.P.**
150 Fayetteville Street Suite 1800
Raleigh, North Carolina 27602-1151
Telephone: (919) 821-4711
Facsimile: (919) 829-1583
Email: dek@tharringtonsmith.com

*Counsel for the Defendant Jayton Gill*

June 28, 2023

The Honorable Robert J. Conrad, Jr.
United States District Judge
United States Courthouse
401 West Trade Street
Charlotte, NC 28202

Re:     **United States v. Jayton Gill**
        **Case No. 3:22-cr-001499-RJC-DCK**

Dear Judge Conrad:

My name is Shirley Gill, and Jayton is my oldest son. I live in Southwest Virginia in Radford where my family has lived for many years. I have taught college-level English and Composition but now raise chickens to sell eggs to family and friends. I enjoy reading classic British, Russian, and American literature and love raising a garden each year. I am also a religious person who has raised her sons to respect the law and to be morally conscious individuals. I cherish the times I can spend with both of my grown sons.

I am aware that Jayton has broken the law by operating an unlicensed money transmitting business and by failing to file his personal tax returns. I am writing this letter to attest to the moral character of my son.

I gave birth to Jayton on November 7, 1987, so I am been well aware of his character for all of his life. As a child, he was always considerate and kind to others, and especially helpful to me in rescuing more than a dozen cats and vetting and finding homes for them over the years. One time when he was around 5 years old, and was visiting my grandparents, he rescued a bumblebee from a pail of water because he saw that the insect was drowning. Unfortunately, he got stung for his efforts and then thought he had done something wrong. He has always been meticulous in whatever he does and does a great deal of self-reflection about major decisions, especially with finances. In public school he was well liked by teachers because of his outstanding grades and his desire to excel in after-school activities. For many years he took lessons in dance, violin, and piano during the school year, and swimming and tennis each summer, was a part of his middle and high schools' bands, and competed in Math Counts, FBLA, and Odyssey of the Mind, a science club where his team built a motorized robot from K'Nex. He played the violin in Blacksburg's Youth Symphony and was first chair with the trombone one year for his school Symphony Band. In high school, he started a Chess Club at Radford Public Library, where he taught other students to play chess on Wednesdays. He won many awards over the years because of his diligence and desire to perform well. When he was six years old, he played Beethoven's Fur Elise on the school piano for a PTA meeting. He could read fluently by age 3 and knew multiplication and division when he entered Kindergarten, so he served as a teacher's helper until Riverlawn Elementary in Fairlawn had him skip two grades. Doing that was not a problem for Jayton, as he has always been mature for his age

and comfortable with social situations. In elementary school, he was a part of the after-school programs, like the Ecology Club, where students helped plant trees and flowers and built bird houses, and the Sign Language Club where he quickly learned the language. He also did extra projects in school through the Gifted and Talented Program, and created a board game that he showed other students how to play. By the time he was 12, he enrolled in several classes in the local community college, New River Community College, making the only A those semesters in his Pre-Calculus and Calculus classes and completing a number of CISCO classes.

His years at Virginia Tech were no different, as he worked hard there to obtain his degree as a software engineer, as well as to help co-found an engineering fraternity and to serve as web master for an honor society, Gamma Beta Phi. While I was attending grad school at Virginia Tech, and Jayton was a teenager, he helped me with various activities that I was doing for Golden Key, another honor society, like walking dogs at the Humane Society, picking up road trash, and participating in VT's Big Event of doing yard work for those in need in the Blacksburg area. He was diligent in doing those volunteer tasks and enjoyed meeting a number of people at VT. As a result of him participating in the events, he got his photo in Golden Key's newsletter with a caption about volunteering while young. While attending VT, he served as a TA in computer engineering, helping students with a multitude of complex engineering and mathematical problems.

Now as a husband and a father, Jayton is very dedicated to his young sons and spends a great deal of time with them, showing them how to perform tasks, and taking them on vacations where he can water and snow ski, as well as rock climb with his oldest son Jasper and weight train with him at the local gym each week. He has taught Jasper to do household tasks, like cutting grass and putting out the trash each week. Jayton is currently remodeling his former home, so that he can rent it, and he has taken my husband and Jasper there to help with the numerous jobs, like putting in French drains, redoing the electrical wiring and plumbing, replacing the bathroom vanities, putting down ceramic tile, and then vinyl flooring and painting. Jasper is getting a great education from Jayton by learning to do tasks for himself, especially with automotive maintenance and repair.

Jayton is also an avid hiker and has walked many of the well-known trails in Virginia and North Carolina. He shares custody of his thirteen-year-old son Jasper with his former partner Sara Hurd Whittemore. Prior to Sara getting remarried two years ago, Jayton had custody of Jasper all week and was responsible for getting him to school and for seeing that he had done his homework, and Sara just had Jasper on the weekends. Now they share Jasper on an every-other-week basis. Jayton is also an excellent cook and enjoys making nutritious meals from scratch for his family, of which he takes excellent care, tending to his newborn son Rowan while his wife Ellen is working during the day. Jayton takes his two dogs and Rowan for daily walks around the neighborhood and keeps the dogs bathed. In these ways Ellen is very dependent on having Jayton with her to tend to household tasks. Furthermore, Jayton gives his newborn son a bath every night and reads to him and plays enthusiastically with him

during the day when Ellen is working. I am especially impressed and proud of how kind and patient he is with both Ellen and his kids, Jasper and Rowan. He is the proper definition of a hardworking, honest family man. In addition, he has many friends in the Durham area where he is well liked and often invited to family get-togethers.

Thank you so much for reading this letter and please consider it at sentencing.

Sincerely,

Shirley C. Gill
1-540-250-8083

June 23, 2023

The Honorable Robert J. Conrad, Jr.
United States District Judge
United States Courthouse
401 West Trade Street
Charlotte, NC 28202

Re:     United States v. Jayton Gill
        Case No. 3:22-cr-00149-RJC-DCK

Dear Judge Conrad:

My name is Joy Hurd; I reside in Draper, Virginia with my husband. I have been retired
since May of 2017 after working as a licensed Nurse-Qualified Mental Health Case
Manager for 33 years with New River Valley Community Services. I am the mother of
Sara Hurd, who shares a 14-year-old son with Jayton.

I am aware that Jayton broke the law by operating an unlicensed money transmitting
business and failing to file his personal tax returns. Jayton has recently reached out to us
via email and shared all of the events that have occurred in the last two and a half years
regarding his charges. Despite learning of these charges and his breaking the law, I wish to
write this letter on his behalf and to speak of his character as a person.

Jayton and I have known each other since he began dating our daughter during their senior
year in High School, 2004, and throughout their college years. Jayton was with us for
several days prior to our grandson's birth in Roanoke Memorial Hospital and afterwards
while our grandson was in the NICU for three weeks. He and our daughter drove back and
forth for the weekends with our grandson after she was discharged and he remained in
NICU. He spent time in our home for the first 6 weeks after our grandson was born in 2008,
prior to returning to college to complete his Senior year there. Jayton has spent time in our
home over the years with our daughter and grandson. We have visited with him in the homes
they shared in North Carolina, assisted him in some of the last move to his current home,
as well as coordinating grandson visits with him and his parents who live in our area. We have
visited with Jayton at his parents' home on occasion. We have shared vacation time in our area
here with him. We continue to have contact with him on occasion when we are visiting
our daughter and son-in-law's home in Durham. Jayton has been like a son-in-law to us
during the years they were together. I continue to love and care for the young man I have
watched grow over the past 19 years and know how well he and our daughter work to co-parent their son
together. I know how much his 14-year-old son loves and respects his
father. I have met his wife on several occasions in our daughter's home, during joint
birthday parties for our grandson, and have met his new son.

I know Jayton to be a good person; he has been open and honest in sharing discussions with me over the years, even on topics we may disagree on, such as religion or politics. He has been good to us over the years, rebuilt our computer more than once, talked us through learning and updates with computers. He trusted us to care for his son while being away on a cruise and did not hesitate to give written permission for us to seek medical care for him in his absence for 10 days when he was very young. Jayton has brought at least one friend to Thanksgiving dinner with us in the past. He maintains long-term friendships and has been hard-working for all the years I have known him. Jayton worked steady jobs during the summers between school semesters, and often tackled jobs others would not attempt.

When Jayton and our daughter ended their romantic relationship in 2018, he offered to pay off her college loans to assist her in being able to manage financially on her own, and followed through with this. They continue to co-parent, and I believe do a very good job of it. Jayton is a good father to both his sons, and the love he feels for them is very apparent when watching him with them. He continues to make efforts to share time with his oldest son and do things with him at home and in the community. Jayton appears happy in his personal life; he maintains a good working relationship with our daughter in regards to their 14 year old son. Jayton also maintains a good relationship with his parents and younger brother and is supportive of them in many areas of their lives.

Thank you for reading this letter, and I pray you will take it into consideration at sentencing.

Sincerely,

Joy Hurd
540-616-6122

July 3, 2023

The Honorable Robert J. Conrad, Jr.
United States District Judge
United States Courthouse
401 West Trade Street
Charlotte, NC 28202

> Re: **United States v. Jayton Gill**
> **Case No. 3:22-cr-00149-RJC-DCK**

Dear Judge Conrad:

My name is Ellen Hart. I went to school at Wake Forest University studying Anthropology and Business, and I've lived in Durham, NC for the last 11 years working as a market researcher and consultant in the pharmaceutical, nonprofit, and financial services industries.

I am Jayton's wife, the mother of our infant son Rowan, and stepmother to Jayton's teenage son Jasper. I met Jayton in November 2019. During the months that we got to know each other, I could tell that there was something special about him. Throughout the COVID-19 pandemic, we spent essentially all of our time together, and we grew closer. One of the first things he did when we started dating was fix everything that was broken or wrongly installed in my house. That's just the type of person he is. He shows his love through acts of kindness and service.

This sentencing hearing is the culmination of a years-long legal process that began for us in February of 2021. I have walked beside Jayton the entire way. I've given a lot of thought to what I want to say here, and I am grateful that you are taking the time to consider my words.

Jayton knows that breaking the law by not obtaining a proper license for his business and not filing his tax returns directly led to these charges and consequences. He knows that his actions put his loved ones in danger during the raid of our home and caused tremendous suffering. I am not sure he can ever fully forgive himself for this. It took me a long time to forgive him for putting us in this situation. I had to think long and hard about whether he was really the person I wanted to be with for the long term, given all of these egregious mistakes that he had made.

What I realized in the end, however, is that Jayton is a person of great integrity and moral character. For me, Jayton's mistakes do not define who he is. Rather, his character has been further illuminated in how he has handled the consequences of his actions.

First, he cared for me as I dealt with the trauma of the raid. He has never made excuses or dismissed my feelings, and I can palpably feel how sorry he is and how much he wishes he had made different decisions.

Second, he cooperated fully with the FBI as an informant in the months afterwards, and he treated the agents with friendliness and respect. He even took the initiative to report suspected romance scammers to the FBI when he encountered them, which I don't believe was required.

Third, even before he knew he was being investigated, he had already gotten to work on making this right. He has spent thousands on accounting services, used his software coding skills, and endured many, many all-nighters working hundreds of hours finally getting these complex tax returns squared away. In order to pay the almost half-million-dollar forfeiture, Jayton has had to take out a mortgage on our home, and he's used a large amount of the liquid cash that he has, so we've had to be very cognizant of our spending habits to make ends meet. It has been challenging on us financially, but Jayton knows it is necessary to begin to remedy this situation.

Finally, I don't know how to describe it other than to say that Jayton opened his heart in these last few years. We got engaged on my birthday in March of 2021 and got married in April 2022. It was his idea to use our wedding as a fundraiser for Habitat for Humanity of Durham, where he has volunteered in the past, rather than doing a traditional wedding registry. I believe we and our guests ended up raising over $7,000. This is money that would have been useful to him to pay his legal fees, and yet he chose to give back to the community instead.

I see it in the way that he parents his children, too. He takes his 14-year-old son Jasper to the gym several times a week, patiently teaching him how to lift weights safely and effectively. Jasper has told me that this time he spends with his dad has contributed to a greater sense of self-worth and accomplishment (I think he wrote a paper for school about it!). As Jasper navigates the tumultuous world of high school and being a teenager, Jayton has lovingly been there to gently guide him through his sometimes-confusing adolescent thoughts and feelings. Even as we have been caring for our new baby, Jayton has made sure that he and Jasper get lots of quality time. He teaches him life skills like cooking, self-care, and money management, he takes him on day trips to the mountains to ski and rock climb, he takes him to rock concerts, and he is generally very present and engaged.

I could write an entire book on how amazing Jayton has been since our son Rowan was born in January of 2023, but I will try to keep it brief. My friends have joked to me that they leave our house angry at their husbands for not being as attentive as Jayton is! He took care of me during an emotionally and physically difficult pregnancy. He fetched me tea and food, rubbed lotion on my belly, picked up pretty much all of the slack with house chores, came to every OB appointment, and held me when I cried after the ECV didn't work to turn our breech baby. As I recovered from the C-section, Jayton was there every step of the way, taking food upstairs for me, helping me with a difficult breastfeeding journey, and changing all of Rowan's diapers for weeks. As I've started back at work after my maternity leave, Jayton has become Rowan's primary caregiver, doing all of the night feedings and caring for him throughout the day. Rowan absolutely adores his dad, and the feeling is mutual. I'll never forget the tears that streamed down Jayton's face during Rowan's first laughing fit.

I think about the possibility of Jayton being taken away from us, even for a short period of time, and it's almost too horrible to contemplate. I really don't know what I would do. I would

have to continue to work to support our family financially, and as Rowan's grandparents live in Virginia, we wouldn't have access to help from family. Daycare is of course an option, but it would pale in comparison to the gentle, patient, attentive parenting that Jayton offers Rowan all day while I am working. More than that, I think about the impact on my little baby of not knowing his dad during this formative time in his life. Not knowing a dad who loves him and wants more than anything to be there for him and guide him as he grows up. I think about Rowan's gleeful little smile every night as Jayton opens Good Night Moon and the special cadence of his voice as he says, "In the great green room.... " The games they play during bath time, trying to get him to kick all of his dinosaur toys off the tub. The hysterical baby laughter as Jayton blows raspberries on his tummy or swings him around. The thought of all of that being ripped away from my baby absolutely breaks my heart. It would be impossible to quantify or describe that loss.

After the raid, I saw Jayton at the lowest point in his life. As I said, I had to figure out if he was really the person I wanted to be with, if I wanted to walk this road with him, knowing it would be hard, and seeing his poor judgment in such stark relief. It would have been easy to leave him. I was young, I had no dependency on him, and I could have just started over. No one would have blamed me for leaving someone with a felony on their record, who had made the mistakes he made. To be sure, we'll have to live with the consequences of his actions for the rest of our lives. But I'm glad that I stayed, because despite all of this, Jayton is the best person I know. His kindness, honesty, deep love, and sense of personal responsibility have shined through as he has navigated these consequences.

Rowan and Jasper need their dad, and I need my husband. I know that the world—at least our little world—is a better place because of him.

Thank you again for taking the time to hear my words during Jayton's sentencing.

Sincerely,

Ellen Hart 804-380-2623

June 21, 2023

The Honorable Robert J. Conrad, Jr.
United States District Judge
United States Courthouse
401 West Trade Street
Charlotte, NC 28202

Re:     **United States v. Jayton Gill**
        **Case No. 3:22-cr-00149-RJC-DCK**

Dear Judge Conrad:

My name is Sara Hurd; I reside in Durham, NC with my husband, our two-year old son, and share equal custody of my fourteen-year-old son with Jayton Gill. I teach English at Green Level High School in Cary, NC.

I am aware that Jayton broke the law by operating an unlicensed money transmitting business and failing to file his personal tax returns. Despite his breaking the law, I wish to write this letter on Jayton's behalf and speak to his overall character as a person.

Jayton and I have known each other for over twenty years, beginning with our general acquaintance as classmates in middle school. We became close friends during our senior year of high school and began a romantic relationship in 2004, had a son together in 2008, and remained together as a couple until 2018, at which point we amicably ended our romantic relationship. We have continued to respect and care for one another as family and to coparent our son lovingly.

Jayton has always been one of the most honest and hard-working people I've ever known. He has an innate drive for self-improvement and is dedicated to providing for his family. He is well-liked and respected in his social circles and community, and he's a fiercely loyal friend. He's the kind of person who will drop everything to go to a friend in need; for example, he has gone to the aid of a friend experiencing suicidal ideation on more than one occasion. When we ended our romantic relationship and were making plans as to how we would proceed with co-parenting our son, Jayton volunteered to pay off the remainder of my student loans in a gesture of genuine generosity, ensuring that I would have the best financial start to my independence. He is simply a good human.

Thank you for reading this letter and taking it into consideration at sentencing.

Sincerely,

Sara Hurd
540-616-6622

July 5, 2023

The Honorable Robert J. Conrad, Jr.
United States District Judge
United States Courthouse
401 West Trade Street
Charlotte, NC 28202

Re:    **United States v. Jayton Gill**
        **Case No. 3:22-cr-00149-RJC-DCK**

Dear Judge Conrad:

My name is Elizabeth Hart. I am Jayton Gill's mother-in-law. I live in Richmond ,Virginia. I work as an interior designer and teach at the School of Continuing Studies at the University of Richmond.

I am aware that Jayton Gill broke the law by operating an unlicensed money transmitting business and failed to file his personal tax returns. Despite these serious mistakes, I am writing this letter to testify to his character.

I have known Jayton since 2019. I have grown to know him very well because he is married to my daughter. I have found Jayton to be a kind, respectful, hard working person. He constantly seeks ways to help around my home. He has helped me in numerous ways from fixing small things to changing my tire at midnight coming home from the airport.

I see the love he has for my daughter and their baby. I have also seen the love he has for his teenage son. They have an extremely close father/son relationship. He is loving and kind. When correction is needed, he is controlled and consistently patient. As a parent and spouse, he shares all responsibilities for both of his sons. My daughter recently went back to work full time. Jayton takes care of their new baby and his son full time. He loves to interact and play with the baby and also helps his son with homework and takes him to his afterschool activities. They enjoy many activities together such as rock climbing, hiking, music, swimming, and camping. Jayton takes every opportunity to teach his son and enjoys his time with both boys. I have no doubt that he is and will continue to be an excellent husband to my daughter and father to my grandson.

Another sign I see that testifies to his character is that he has good friends. Some he has had since childhood; some since he's lived in Durham. Having and maintaining friendships requires one to be dependable, loyal, caring, a good listener, and empathetic. I find Jayton to be all of these things.

Parents want the best for their children and their future. Despite Jayton's lack of judgement in this legal matter, I know that my daughter has married a man that loves her and will be faithful and honest with her and will be a wonderful father to my grandson. He has learned from his mistakes and has and will do everything he can to correct the situation.

Thank you for your time and consideration as you determine his sentencing.

        Sincerely,

        *Elizabeth S. Hart*

        Elizabeth Hart
        804-307-0246

June 23, 2023

The Honorable Robert J. Conrad, Jr.
United States District Judge
United States Courthouse
401 West Trade Street
Charlotte, NC 28202

Re:    **United States v. Jayton Gill**
          **Case No. 3:22- cr-00149-RJC-DCK**

Dear Judge Conrad:

My name is David Hurd; I reside in Draper, VA with my wife, Joy. I retired officially on December 1, 2016, but have continued to work up to 20 hours a week for the last 7 years at Blue Ridge Behavioral Healthcare in Roanoke, VA as an Emergency Services Mental Health Therapist, a position that I had full time for 16 years prior to my retirement. I also worked for 13 years before that at New River Valley Community Services as an Addictions and Mental Health Counselor and Therapist. I am the Father of Sara Hurd, who shares a 14-year-old son with Jayton.

I am aware that Jayton broke the law by operating an unlicensed money transmitting business and failing to file his personal tax returns. I realize the seriousness of these charges. Jayton has been willing to share with us what has happened. Knowing what has transpired, I wish to write this letter on his behalf and to speak to his character as a person that I have known and been around so many times in the last 19+ years.

I have known Jayton since he began dating our daughter Sara in 2004. After Sara and Jayton moved to Durham NC, my wife and I visited them multiple times in the three homes they shared together with their son Jasper. Jayton was always gracious and remains so. We shared fun times and great family times together, and that also includes all the times Jayton, Sara and Jasper visited us in Draper. We remain friends with his mother, father, and brother. I always considered Jayton as our son-in-law, and even after Sara and Jayton ended that relationship, Jayton is still family through being the father of grandson Jasper, and the fact that we remain friends and have become friends with his wife Ellen as well.

Jayton remains one of the most brilliant persons I have ever known. He is a responsible homeowner, provides for the needs of his family, and I have always felt that our daughter was safe with him during their relationship. He has been gracious regarding us seeing Jasper both in Durham and visiting our home in Draper and has altered planned schedules to accommodate that for us. Sara and Jayton co-parent Jasper and meet his needs and give him equal time with each of them. Jayton has helped Joy and me numerous times, especially with our computer (e.g. updating it, fixing flaws) and has subsequently saved us significant expenses. He is always willing to help others, and his demeanor and personality have helped

immensely in his being the highly successful businessman that he is. I have witnessed and admired his hard work ethic and taking responsibility to provide for his family.

Thank you for taking the time to read this letter and considering it in your sentencing decision.

Sincerely,

David Hurd
540-616-6019

Richard Hart
3714 Mark Dr.
Alexandria, VA 22305
202-770-5659

The Honorable Robert J. Conrad, Jr.
United States District Judge
United States Courthouse
401 West Trade Street
Charlotte, NC 28202

Re:     United States v. Jayton Gill
        Case No.  3:22-cr-00149-RJC-DCK

Dear Judge Conrad:

My name is Richard Hart. I am Jayton Gill's father-in-law and have known him for over 3 years. Jayton and my daughter Ellen are proud parents of my first grandchild, Rowan Gill.

I am aware that Jayton broke the law by operating an unlicensed money transmitting business and failing to file his personal tax returns. I am writing this letter on his behalf, because I believe he understands the severity of his offense and is deeply remorseful.  I also want to share with you what I know about Jayton's character in the hope that you will take it under consideration when determining his sentence.

Jayton is a loving partner to my daughter.  He has a deep respect for her, and supports her in her career and other endeavors.  He is also a loving father and shares more than equally in the parenting of their new baby, Rowan. Ellen works from home, and Jayton cares for Rowan during the day while she is working.  Jayton handles the "day care" duties (feeding, bathing and nurturing Rowan), and household chores so that Ellen can continue to work and maintain her health insurance plan through her employer.

In my experience I have also found Jayton to be an honest person.  He has shared with me all of the details regarding his arrest and legal proceedings, and has answered all of my questions fully and completely.  This is how I have come to believe that he is deeply remorseful.   Jayton has also demonstrated his honesty in other ways.  For example, when Jayton applied for his student pilot license last year he fully shared the details of his past health history on the pilot medical application.  As a result, he was not approved for a student pilot medical certificate causing him to forfeit his flight training to that point at a cost of several hundred dollars and many hours of time.

In summary, I want to convey that I think Jayton is a good person and loving husband.  He is deeply remorseful for his actions and understands that he is in the wrong.  Thank you for reading this letter and I hope you will take it consideration as you decide his sentence.

Sincerely,

The Honorable Robert J Conrad Jr

5/14/23

United States District Judge

United States Courthouse

401 West Trade St

Charlotte, NC 28202

Re: United States v. Jayton Gill

Case No 3:22-cr-00149-RJC-DCK

Dear Judge Conrad:

My name is John Gorman. I am a retired pharmacist with 35 years of work experience from Richmond Virginia and Jayton's father in law.

I am aware of Jayton's crimes of failing to file personal income taxes and operating an unlicensed money transmitting business. I feel however that Jayton is a man still deserving of my respect and admiration. His character and actions in my dealings with him have always been consistently positive. He has never given me any reason to be disappointed in him.

I have known Jayton since he and Ellen, my step daughter, started dating in 2019. I have always felt the best judge of a man is how he treats others. I have seen his interactions with Ellen, his friends, his son Jasper and his new baby; In all of his relationships he is kind, thoughtful and supportive.

I am particularly impressed with his relationship with his son Jasper who is 15. Jasper is at a particularly difficult age both for himself and for those in his life. I have never seen Jayton deal with him with anything but patience and proper guidance. He shows he cares and makes a point to be there for him when he is needed. He worked on homework with him when Jasper was struggling in school, took him on father son trips when he thought he might be in need of attention and goes and works out with him regularly at the gym and rock climbing teaching him about technique. I still remember the problems I had at Jasper's point in life and the strain it put on my relationship with my father. That Jayton deals with it so well is a testament to his character.

He is just as supportive for Ellen and their new baby. He pitches in regularly to cook and clean. He supports Ellen in trying to balance work and motherhood, taking care of the baby so she can devote her attention to the job. His devotion to the baby is obvious. He has been an exemplary father and husband even with the pressure that he has inflicted on himself with this investigation and trial.

Thank you very much for taking the time to read this letter. I hope that it will help show what a good man Jayton is despite his lapses in judgement in the past.

Sincerely,

John Gorman

6/30/23

The Honorable Robert J. Conrad, Jr.
United States District Judge
United States Courthouse
401 West Trade Street
Charlotte, NC 28202

**Re:** **United States v. Jayton Gili**
**Case No. 3:22-cr-00149-RJC-DCK**

Dear Judge Conrad:

My name is Chad Van Alstin, I am a public relations professional working in healthcare. I currently reside in Durham, NC. I am aware Jayton broke the law and made mistakes by operating an unlicensed money services business and by failing to file his personal tax returns.. I believe it is worth writing to give you a deeper sense of who Jayton is as a person, as someone who has been very close to him and has family for a long time.

We've been best friends now for – unbelievably – 15 years, having met in college. In that time we have both literally grown into adulthood together. I was the best man at his wedding, and I hope he will be the best man at mine.

As a person without the luxury of family support, Jayton has lent me room in his house, his time to fix my car without any compensation, and his late-night guidance on many occasions. His support has been the difference between stability and ruin for me, and without him I am terrified to imagine where my life would be.

His family is my family. His son – whom I babysat as an infant – is now a full grown teenager, and one of my favorite people. Like his dad, there is not a hint of malice in his heart, and he is exploring and navigating the world with a moral compass based in a respect for the lives and autonomy of the people around him.

Others will write about Jayton's work with charity, and they're right to do so. For me, that is an extension of his ability to understand where he comes from and where he is now – which, despite his crimes, is something he is genuinely appreciative of and does not take for granted.

I owe him a lot of gratitude. It's rare men get to have such a close, often vulnerable friendship. I am a good person, boyfriend, and dog owner in large part because of my long brotherhood with him. Thank you for reading this letter, and I hope you will consider it at his sentencing.

Best,

Chad Michael Van Alstin
chadvanalstin@gmail.com
607-426-4470

July 5, 2023

The Honorable Robert J. Conrad, Jr.
United States District Judge
United States Courthouse
401 West Trade Street
Charlotte, NC 28202

Re:     **United States v. Jayton Gill**
        **Case No.  3:22-cr-00149-RJC-DCK**

Dear Judge Conrad:

My name is Jasper Hurd; I live in Durham, NC, half the time with my mom and step-dad, and the other half the time with my dad (Jayton Gill) and stepmom. I will be 15 years old on July 11, 2023. I attend Green Level High School in Cary, NC, where my mother teaches English.

I am aware that my dad broke the law by operating an unlicensed money transmitting business and failing to file his personal tax returns. Despite his breaking the law, I want to write this letter on his behalf and speak to his character as a person and as my dad.

I have known my dad all my life. He has been present since I was born and has worked very hard over the years to provide for me. He set up a college fund for me when I was just a baby and has contributed to it every month since I was very little.  He also provides me with an allowance and helps me to manage my own money.  My dad is one of the most honest people I know. He is quite his own person, in that he doesn't just follow the crowd. He's unique and thinks for himself, and I respect that a lot.  He's a good teacher, too. He always tries to share helpful information and insight and make sure I learn things that will be useful to me.  He has been very supportive of my interests over the years.  When I wanted to do tae kwon do, he found a good dojo and supported me throughout my time there until I achieved my goal of earning a black belt.  When I was ready to move on to something else, he started taking me to the gym with him and teaching me how to lift weights safely and with correct form so I do not injure or over-work myself. Recently, when I expressed interest in being able to drive the boat when we take trips to the lake, he found a place for me to take the necessary course and get licensed to do that.

My dad can also be a lot of fun. We go to a lot of concerts together and spend quality time with friends at the lake, camping and boating. He's a good friend and is well-liked. Many of his friends are also like family to me.

Thank you for reading this letter and taking it into consideration at sentencing.

Sincerely,

Jasper Hurd

Jasper Hurd
336-590-8409

June 29, 2023

The Honorable Robert J. Conrad, Jr.
United States District Judge
United States Courthouse
401 West Trade Street
Charlotte, NC 28202

Re:     **United States v. Jayton Gill**
        **Case No. 3:22-cr-00149-RJC-DCK**

Dear Judge Conrad:

I am Matthew Gilliland, a resident of Rocky Mount, North Carolina. I work as the business manager of a software company and as a management consultant. I am writing to provide a personal reference for Jayton Gill, who is due for sentencing on charges related to operating an unlicensed money transmitting business and failing to file his personal tax returns. I am aware of the seriousness of these charges and the implications of the law, but I feel it is important to share the depth of character I have come to know in Jayton, which I believe should be considered in his sentencing.

I've known Jayton for about 13 years. We first met at a local meetup, and our bond grew over the years, branching from shared interests and mutual respect to shared meals and celebrations at his home, where he frequently hosted our friend group. This proximity has given me a front-row seat to Jayton's life, his convictions, and his character, which together form the basis of this reference.

Jayton is one of the most principled individuals I have known. He embodies honesty, resilience, and kindness, traits that I've seen manifest not just in words, but in his actions. I remember a particularly trying time between 2014 and 2016 when our friend group was being torn apart by ideological differences. It was a period that exposed the worst in some and the best in others. Jayton stood out as a beacon of steadiness and integrity, even as others contradicted their own stated principles and adopted an incivility I would have judged impossible not long before.

As our group fractured, Jayton was one of a very few who maintained both moral compass and civility, refusing to be swayed by the tumultuous currents around him. He held true to his beliefs and principles, even when they were unpopular, and even when it meant standing up to those he had been close with who had veered into extremist territories. He was a rare voice of reason, kindness, and principle in a maelstrom of division, prejudice, and disrespect.

One specific instance that underscores Jayton's unwavering moral character occurred when a close friend started espousing white supremacist ideas. While a number of friends refused to challenge these views or severed ties abruptly, he chose a different route, at significant personal cost due to the circumstances of the friendship. Jayton refused to overlook blatant prejudice, and

called it out. He then repeatedly chose to engage in patient, respectful dialogue, attempting to sway the individual from the precipice of hatred. He was not successful, but it was not for lack of trying, nor was it due to any weakness of character or principle. His resilience and commitment to trying to change minds with reason and civility was truly inspiring.

Few today have the moral backbone to openly confront their friends' bad behavior, and even fewer have the courage to put their principles over their comfort. Jayton is one of those few, and I worry that the continued health of our society rests on those who, like him, will do the difficult work of respectfully reasoning with those they disagree with.

Jayton's dedication to his principles extends beyond his interactions with friends and acquaintances. As a father and a husband, his commitment to his family is exceptional. He is steadfast in his responsibilities, nurturing, and provides unwavering support and true partnership. His oldest son looks up to him as a role model, and his wife finds in him a loyal and loving partner.

I understand and acknowledge that Jayton made mistakes leading to the charges against him. Jayton has pleaded guilty to these charges, showing his acceptance of the consequences of his actions.

In conclusion, I ask you respectfully to consider the man that Jayton is — a man of integrity, a caring father, a supportive husband, and a principled friend — while determining his sentence. He has made errors, but he is a good man and is an asset to our community. Any time kept away from his family would be a significant loss for them, for him, and for us; we are in desperate need of more people with these qualities in our communities.

I appreciate your time and consideration in reading this letter, and I pray you will consider my words during Jayton's sentencing.

Sincerely,

Matthew Gilliland
(919) 381-7755

June 28th, 2023

The Honorable Robert J. Conrad, Jr.
United States District Judge
United States Courthouse
401 West Trade Street
Charlotte, NC 28202

Re:  **United States v. Jayton Gill**
**Case No. 3:22-cr-00149-RJC-DCK**

Dear Judge Conrad:

I, Jordan Gill, am writing this letter to you on behalf of my elder brother, Jayton Gill. I currently reside as a resident of Virginia, living in the Radford area of the New River Valley. I am a Radford University graduate with a degree in Sports Medicine and currently sustain myself with virtual asset arbitrage. As the younger brother, I've known him the entirety of my thirty two years.

While I know that my brother broke the law by failing to file his tax returns and operating an unlicensed Money Service business, I am surprised that he made those choices.. Before learning about what he has done, I have never known Jayton to be anything other than law-abiding, nor have I ever known him to be in possession of adverse moral character that would willingly attempt to exploit the system to his advantage. I am writing to your honor in order to ask for leniency in his sentencing. I hope you will consider mitigating his sentence as much as possible, as my brother has been putting his all into making full amends for these mistakes and his family needs him at home with them.

Growing up behind Jayton allowed me to observe many different versions of him that others never could, all leading up to him becoming the man he is today. While he has certainly matured as compared to when he was a child or adolescent, he is, at his core, the same person he has always been; cordial, considerate, and often keen beyond his years (performing superbly in academics). It was and still is not rare that he goes out of his way to help others, even through small gestures such as addressing their computer problems, helping his little brother with his homework, or providing work for a homeless individual at his [Jayton's] own residence. His extroverted, kind, and generally liberal nature has allowed him to make many different friends in his university years and beyond, and he remains a respected alumnus of his Virginia Tech fraternity.

Were anyone to spend time with Jayton they would soon realize that his raison d'être is his family and friends, his performance in academics only overshadowed by the father and husband he has put effort into becoming. He is close with his first-born son, Jasper, regularly introducing him to and sharing with him new experiences such as attending and supporting his Taekwondo lessons, taking his to numerous musical performances, water and snow-skiing together, and teaching him about the importance of regular exercise through resistance training. With

consistency, he also plays a very active and integral role in raising his second-born, working in tandem with his wife to take care of any necessities by being the exclusive child bather, reading to him nightly, changing the majority of his diapers, taking him on daily walks, and cooking to help introduce him to new cuisine.

Despite being so busy with this case, work, his newlywed wife, his newborn son, and juggling various other home duties such as care for a geriatric dog or home repairs, Jayton still manages to find time for his friends and neighbors. While I don't believe Jayton broke the law maliciously, and he certainly makes no attempt to shirk responsibility, I have no doubt he has experienced severe mental anguish, both internally and externally, for the poor choices he now wishes he could revert.

Jayton has been and will most definitely continue to reflect on his faults, reevaluating the most important things in his life, and improving himself moving forward. Thank you for taking my words into consideration in regards to my brother's sentencing.

Sincerely,

Jordan Gill
(540) 250 - 8084

Date 6/29/2023

The Honorable Robert J. Conrad, Jr.
United States District Judge
United States Courthouse
401 West Trade Street
Charlotte, NC 28202

          **Re:**    **United States v. JaytonGill**
                  **Case No. 3:22-cr-00149-RJC-DCK**

Dear Judge Conrad:

My name is Thomas Joseph Fox Jr. and I live in Portsmouth, Virginia. I work for Bindygo, LLC a startup that specializes in comparing Engineering components. I graduated from Virginia Tech with a Bachelor's degree in Mechanical Engineering (2009). I have been wonderfully married for over 8 years to Olivia Fox, a Middle School Science Teacher. We have two dogs (Jubilee and Indigo), three cats (Chester, Tootie, and Rigby), and a garden.

I am aware that Jayton broke the law by operating an unlicensed money transmitting business and failing to file his personal tax returns. I want to write this letter on his behalf so that you can see the good that is in Jayton's heart.

I have known Jayton for almost 19 years, since August 2004; I met him in my first Engineering class at Virginia Tech. Jayton lived on the first floor of our dorm and I was on the fourth floor, where we became great friends. Then we were roommates for our sophomore and junior years. Jayton was one of my groomsmen in 2014 and I was one of his in 2022.

I have nothing but positive things to say about Jayton and his character. Jayton and I are chartering members of Sigma Phi Delta a Professional Engineering fraternity (2005). I never thought I would join a fraternity but Jayton encouraged me to try it out as it was an engineering fraternity and they would know how little free time we have due to the massive amounts of homework given to us. Jayton was liked by all members and was active in volunteering and philanthropy events during school. He volunteered for the Engineering Open House 2008 and was also in a service fraternity Gamma Beta Phi, where he participated in the Big Event (a community service program) and Relay for Life (fundraiser for American Cancer Society) for three years or more in college. Jayton also coordinated with his dad to do a Philanthropy event for our professional fraternity to hold a public lecture on campus about Electrical Engineering and corporate careers.

When we were roommates sophomore year, Jayton accidently hit a person's parked car in our apartment's parking lot and did the right thing and paid to have it fixed. Jayton did not know who owned the car but left a note with his number and address on it. Jayton could have just gotten away with it but chose to do the right thing and fix the person's car.

CamScanner

Jayton is a generous person as well. When my parents moved in 2015, I offered to pay for his help (it was about 2 hours of driving for him) and he did not accept any payment; Jayton showed up and went above and beyond moving heavy furniture.

Jayton has always provided for his family, he helps his parents and brother out (with car work or house chores) when they need it and has a loving relationship with his family. I enjoy visiting Jayton at his parent's house out near Radford, VA when I worked in Radford for four years after college and during the holidays as my wife's parents live in Radford as well. Jayton let his dad know I was looking for a job after I graduated college in 2009 during the recession; his father gave me a recommendation that helped me get an interview at my first career job during the depression of 2010 at Thomson Linear in Radford.

Jayton has been on good terms with his first partner Sara (Jasper's mom) as of last month (May 2023) when I last spoke with Sara at a board game night at Jayton's house, and ever since they decided to separate a couple of years ago, they have been friends and loving parents to Jasper. Jayton's second partner Ellen, mother to Rowan, is a kind and loving parent to both Rowan and Jasper from my interactions at their wedding and game night the past year.

Jayton is a wonderful father of two (Jasper in 9th grade and Rowan a few months old) and always has been a positive role model and integral part of Rowan and Jasper's childhood development. I have gone on two hiking trips with Jayton and Jasper, once when Jasper was in elementary school and the other in 2022; as well as a trip to Virginia Beach in 2016 to go swimming. Jayton has taught his son multiple board games and we, including Jasper, have played many times together over the past years (I lost to Jasper the last game we played). Jasper is a well mannered, well read, and a bright young man. Jayton has always kept his son focused on academics and staying active. Jayton has provided his son the right amount of games and toys, also an immense amount of books to grow his son's imagination, from the times I have visited their house over the years. Jayton's care and compassion as a father is very important for his son's continued growth into adulthood. Jayton has made a tremendous impact on my life and everyone he has relationships with.

Judge Conrad I want to thank you for reading my letter of character for Jayton and hope you consider Jayton's positive contributions to his community and family when determining his sentence.

If you have any questions or need more information, please contact me anytime at 540-505-0115.

Sincerely,

Thomas Joseph Fox Jr.

*Thomas Joseph Fox Jr.*

The Honorable Robert J. Conrad, Jr.
United States District Judge
United States Courthouse
401 West Trade Street
Charlotte, NC 28202

**Re:**     **United States v. Jayton Gill**
           **Case No.  3:22-cr-00149-RJC-DCK**

Dear Judge Conrad:

My name is Chris Emory. I am married with two children and I live in Lexington Park, MD near Patuxent River Naval Air Station where I work as a Flight Test Engineer for the US Navy and operate a small pinball and arcade machine routing business.

I met Jayton at the Virginia Tech Libertarian Club during the 2006-2007 school year. We have remained friends since that time. He is one of the few people from college with which I have continuously remained in contact. We have visited each other's homes and families many times, attended each other's weddings, and have had many conversations online. This is all despite the fact that I no longer share the libertarian political label that first brought us together.

Jayton recently let me know that he broke the law by operating an unlicensed money transmitting business and failing to file his tax returns. While I recognize the severity of these crimes, I felt compelled to write this letter because "criminal" and "careless" are not the Jayton I know. This brings to mind an event where Jayton acted in the exact opposite sense. My wife and I previously owned a small farm in Halifax County, VA where Jayton brought his son Jasper to visit and shoot on our rifle range. During the visit, Jayton tried and liked a rifle I wanted to sell. We were unsure of the rules for an interstate rifle transaction so we went to a local gun store to sort it out. The gun store owner said that typically an interstate transaction would require an ATF form and a background check; however, he did not believe we needed to do any paperwork since we were conducting the transaction in person. Nevertheless, Jayton opted to pay the store owner to conduct the transaction to ensure it was unquestionably legal.

I also feel the need to make a plea for Jayton's family, especially his sons Jasper and Rowan. I have witnessed Jayton being a good and attentive father to Jasper for many years. Both children will be much better off with present and providing for them. At 15, Jasper is at an especially critical age to have his father there to guide him through a very difficult phase of life.

Despite his mistakes here, I believe Jayton is a good man, dedicated father, and upstanding citizen. His family and community will be better off with him present. Thank you for taking time with my letter and considering it in Jayton's sentencing.

Very Respectfully,

Christopher Emory, PhD

July 4, 2023

The Honorable Robert J. Conrad, Jr.
United States District Judge
United States Courthouse
401 West Trade Street
Charlotte, NC 28202

Re: United States v. Jayton Gill
Case No. 3:22-cr-00149-RJC-DCK

Dear Judge Conrad:

My name is Steven Zung. I am a father, husband, and homemaker. I was born and raised in Durham, NC, and have lived here 40 out of my 53 years. While being a stay at home dad, I have also spent nine full-time years trading equities and cryptocurrency. While Jayton and I never did any business together, we both experienced in parallel and commiserated with the many ups and downs of a difficult market in recent years. I feel him to be a peer and a friend. We are both parents of sons and husbands to exceptional women.

I understand that my friend broke the law by operating an unlicensed money transmitting business and failing to file his personal tax returns. Despite this, I do not believe him to be a person of malicious intent nor of unbridled greed. He has too many positive elements of his life fo which he cares deeply, and he would never risk his relationships over something as transient as money. To traders like us, money simply comes and goes like rain. We try to catch it when it falls, and protect what we manage to catch during droughts.

I came to know Jayton Gill through our longtime friend, Ellen Hart Gill. My wife and I have known Ellen for eleven years, and we absolutely adore her as a wonderful and inspiring person. She is the kind of friend you just feel lucky to know. She is constantly surrounded by amazing people, and when she introduced us to Jayton for the first time, we could tell that Jayton was no exception to the excellent company she keeps.

When they were married, my family was there for their lovely ceremony. All of their family was there, and their many, many friends. In lieu of any gifts, they requested instead that all monies be donated to Habitat for Humanity of Durham. They knew they were already blessed with good fortune, and it was important to them that they act to improve the lives of anyone less fortunate in our community.

I have known Jayton for three years now. He is a wonderful father to his teenage son Jasper. As a father who had recently gone through all of the baby years myself, I told him how impressed I was that he was willing to do the whole new baby journey again with Ellen. He was unfazed and excited. And now they are over the moon with their new baby, Rowan. Jayton is a very loving

and attentive husband and father, and I can see no better place for him than front and center for his two promising young sons.

Thank you for taking the time to read my letter. I hope you will take my words to heart and be lenient with this person – not just because he is my friend, but because our world needs more people like Jayton in it. I have the utmost confidence that he will learn from his mistakes herein and continue to make positive contributions in the lives of his family and our greater community. He and his wife Ellen form a strongly bonded couple from whom I have witnessed great love and kindness. I expect to see more great things from them in the future.

Sincerely Yours,

Steven Bailey Zung
1203 E Oak Drive
Durham, NC 27712

June 14, 2023

The Honorable Robert J. Conrad, Jr.
United States District Judge
United States Courthouse
401 West Trade Street
Charlotte, NC 28202

Re:    **United States v. Jayton Gill**
        **Case No. 3:22-cr-00149-RJC-DCK**

Dear Judge Conrad:

My name is Dain Anderson, Jayton Gill's nextdoor neighbor. As a Principal Architect and Technology Director for BrightWolf Cognizant, my job is to lead and interact with people. As the HOA president for our neighborhood, I not only consider Jayton an exemplary neighbor, I also consider him a friend.

Jayton was upfront about not filing taxes and the unlicensed transmission of money, and when I became aware of him breaking the law, I was surprised because Jayton has always been an honest and reliable neighbor. I'll never forget my first interaction with Jayton 5 or so years ago when he impressed me with his kindness and selflessness by repairing our shared fence line, something I'd put off for far too long. Since then, our families have shared many game nights, birthdays and other neighborly activities together.

Jayton's reserved demeanor may sometimes mask his kind-heartedness, but his sincerity is clearly evident to those who interact with him. Whenever I have approached Jayton with questions or concerns, he consistently shows a willingness to listen and offers his support or guidance. A recent ask of mine was if he would be willing to help assemble a 500+lb table in my garage – I was in a bind because of the timing of the table's arrival but Jayton was at my home at a moment's notice to help out, no questions asked; that's the kind of neighbor Jayton is and always has been.

It is also evident that Jayton is a devoted husband and loving father, consistently displaying patience, tenderness, and an unwavering commitment to his family's well-being. His nurturing nature and the genuine joy he finds in his role as a husband and father further exemplify his exceptional character. Seeing Jayton interact with his newborn son, Rowan, I can see the joy on his son's face when they play together. It's a special bond that only a father and son can share and I have an immeasurable amount of respect for father's like Jayton that are actively engaged in their children's lives.

In closing, I would be remiss if I did not express that Jayton is a quiet, kind soul – a peaceful warrior of sorts that is a positive force to all that he is surrounded by. Thank you for time and

consideration of my character letter on behalf of Jayton Gill. I trust my testimony will contribute positively to your assessment of his character and should you require any further assistance, please feel free to reach out.

Sincerely,

*Dain Anderson*

Dain Anderson
919-423-3375

July 2, 2023

The Honorable Robert J. Conrad, Jr.
United States District Judge
United States Courthouse
401 West Trade Street
Charlotte, NC 28202
Re: United States v. Jayton Gill
Case No. 3:22-cr-00149-RJC-DCK
Dear Judge Conrad:

My name is Marcus Mitchell. I am a technical support engineer for Mirantis.

I write this letter to acknowledge my awareness of Jayton Gill's unlawful activities, specifically his operation of an unlicensed money transmitting business and failure to file personal tax returns. I am fully cognizant of the gravity of these offenses and wish to emphasize that this letter is not intended to make excuses for his actions or downplay the seriousness of his conduct. Despite my knowledge of his wrongdoing, I feel compelled to write this letter on Jayton's behalf due to my understanding of his character and my belief in him as a person. I trust in the court's wisdom to determine an appropriate course of action while considering the full circumstances of the case.

I have known Jayton socially for approximately 12 years and have come to consider him a good friend.

I would like to take this opportunity to highlight the positive aspects of Jayton's character. In the time that I've known him,, I have come to know Jayton as a fundamentally good person who consistently demonstrates honesty and integrity. He is an individual who diligently fulfills his responsibilities and has shown himself to be unfailingly honest.. Moreover, Jayton has consistently proven himself to be a devoted family man, providing unwavering support and care for his wife and two sons. His commitment to his family's well-being is unquestionable. Additionally Jayton is well liked and respected by all of our mutual friends, and acquaintances. Personally, I know Jayton, to be generous, with his time as someone who can be counted on to show up when he is needed as well as generous otherwise. At a time when I was going through a rough period financially, he was kind enough to donate to a fundraiser of mine to assist me in my time of need. These qualities should be taken into consideration alongside his actions.

Thank you, your honor, for reading this letter, and considering it at sentencing.

Sincerely,
Marcus Mitchell

7/5/2023

The Honorable Robert J. Conrad, Jr.
United States District Judge
United States Courthouse
401 West Trade Street
Charlotte, NC 28202

Re:    **United States v. Jayton Gill**
          **Case No. 3:22-cr-00149-RJC-DCK**

Dear Judge Conrad:

    My name is Will Workman. I live in Morrisville, North Carolina and work for Schneider Electric as a Software Engineering Specialist.

    Jayton told me that he broke the law by operating an unlicensed money transmitting business and failed to file his personal tax returns. Despite learning of this information, I wanted to write this letter to attest to my experiences with Jayton and his character. I was surprised when I learn what Jayton did because I would not have expected Jayton to have knowingly broken the law.

    I have known Jayton since we meet at Virginia Tech in the spring semester of 2009 when I pledged the Sigma Phi Delta engineering and social fraternity. We have been on many long road trips together, most of them to attend fraternity national conversions. Our longest trip was a 16-hour drive to Minneapolis, MN. We continue to be friends and enjoy watching Virginia Tech sporting events together. I was a groomsman in Jayton and Ellen's wedding last year.

    In my option, Jayton is a good, honest, and hardworking person. He supports and provides for his family and truly cares for them. Despite Jayton and his son Jasper's mother Sara no longer being together romantically, Jayton has kept an amicable relationship with Sara for the benefit of Jasper. Jayton cares for his community and donates his time and finances to Habitat for Humanity. For their wedding, they asked for donations to be made to Habitat for Humanity in lieu of gifts. As an alumnus of Sigma Phi Delta, Jayton makes donations to the chapter's academic scholarship for a deserving undergraduate member of the chapter. A couple of years ago, Jayton helped my Dad and I move a very heavy player piano and a pump organ out of my Great Aunt's basement and into my Dad's house. In my limited financial experiences with Jayton, he is very prompt with paying any balances he owes. When I served as the fraternity treasurer, he was always one of the first brothers to pay his dues. When we split expenses on road trips, he is always eager to settle up as soon as we arrived home.

    I want to thank you for taking the time to read my letter attesting to Jayton's character. I hope you will consider it during the sentencing phase of his trial.

                            Sincerely,

                            Will Workman

The Honorable Robert J. Conrad, Jr.                                    June 30th, 2023

United States District Judge

United States Courthouse

401 West Trade Street

Charlotte, NC 28202


Re: United States v. Jayton Gill

Case No. 3:22-cr-00149-RJC-DCK


Dear Judge Conrad,


I hope this letter finds you well. My name is Michael Shanklin, and I am a 41-year-old resident of Durham, North Carolina. I work as an Implementation Project Manager for Pharmaceutical IT in the RTP area. North Carolina is my family's home. I am writing this letter to express my thoughts and provide some insights about Jayton Gill, despite being fully aware of his violations of the law. I do understand that Jayton both, failed to register a money services business (18 U.S.C. § 1960), and failed to file tax returns (26 U.S.C. § 7203).

I have known Jayton for over almost one and a half decades. During this time, I have had the opportunity to witness his character firsthand. I can confidently say that Jayton is a person of honesty and integrity. I would like to share a couple of examples that highlight these qualities.

One instance that stands out in my mind is Jayton's unwavering commitment to keeping our environment clean. I remember a time when we were boating together at Jordan Lake, and we noticed a discarded piece of trash on the ground. While many people might overlook such a small item, Jayton immediately stopped and picked it up, ensuring it was disposed of properly. His respect for the environment and his refusal to litter showcase his sense of personal responsibility and integrity. Even when hardly anyone was looking, he chose to do the thing that benefits us all in the long run, voluntarily, even if it had some smaller cost to him in the moment. He did the right thing when he thought no one was looking.

Another example that showcases Jayton's character is the way he has raised his son. Jayton's son, Jasper, is an exceptional young individual who demonstrates maturity beyond his years. Despite the challenges Jayton has faced, he has instilled in his son a strong moral compass, teaching him the values of honesty, respect, and responsibility. Jasper is one of the most honest people I've ever met. I've never heard him tell a lie. It is evident that Jayton's guidance and positive influence have played a significant role in shaping his son's character. The fact that Jayton has raised a good son, who exhibits maturity and demonstrates the values of integrity, is a testament to Jayton's own character as a parent. Jayton is a present and loving father who raises his kids with proper moral values.

These are just a few smaller examples that illustrate Jayton's commitment to upholding honesty, integrity, and personal responsibility in various aspects of his life. His refusal to litter and his dedication to raising a morally upright son are clear indications of his character and the values he holds dear.

While I understand the seriousness of the charges Jayton faces and the need for accountability, I believe it is important to consider these examples as additional evidence of his positive character traits. They reflect his integrity, his commitment to doing what is right, and his influence in fostering similar values in others.

Thank you for taking the time to read this letter and considering the perspectives I have shared. I trust that you will weigh the information provided alongside the facts of the case and the relevant legal considerations. Your fair and impartial judgment is crucial in determining an appropriate sentence.

Should you require any further information or clarification, please do not hesitate to contact me at 910-514-4369.

Thank you for your attention to this matter.

Sincerely,

Printed name: Michael Shanklin

Signature : *Michael Shanklin*

910-514-4369

shanklinmike@yahoo.com

MichaelShanklin.com