Hand-Delivered

FILED
CHARLOTTE, NC

JUL 17 2023

US DISTRICT COURT
WESTERN DISTRICT OF NC

**by :** Grantor : <u>Hurley H Gill, Jr.</u>, Agent of the living flesh and blood, non-decedent man : <u>Hurley Hughes Gill, Jr.</u> (Affiant, principal, claimant, intervenor, beneficiary).

Mailing location : <u>Hurley H Gill, Jr.</u>, Agent
6725 Bradley Road
Care : Radford City Post Office
Radford, Virginia

**To and For :** Clerk of the Court (Katherine Hord Simon - occupant, successor, or assignee)
United States Courthouse
Charles R. Jonas Federal Building
401 West Trade Street, Room 1200
Charlotte, North Carolina 28202

**Subject :** **United States v. Jayton Gill**
**Case No. 3:22-cr-00149-RJC-DCK**

**Greetings :**

Please find inclosed with the envelope with this letter the above identified principal's third party :

DECLARATION OF A COMPLAINT (Affidavit)
and MOTION TO INTERVENE, with a Notarial Certificate and its identified attachments:
(a) The Foundational Basis for the Claim : Revocation of Election,
**(b) Bond of Indemnity (Affidavit)**

For the Bond of Indemnity (Affidavit) is for all magistrates, for the lawful release of Indemnitee's normal-daily business executions as not cause-damage against the man, principal, beneficiary, and/or principal's Agent, for the lawful performance of the Indemnitee for the benefit of the same.

Please note : The subject Case identification is presently presented as the limited documentation received, presented said information.

**Action believed required :** The aforesaid principal by the Grantor specifically trust : Clerk of the Court (occupant, successor, or assignee), for any needed correction for the exactness of the subject Case identification and for the proper timely procedural presentation by the court procedures, for the judge's consideration.

\* \* \* no-more-than an affidavit is of the necessary instruments for the making of a prima facie case \* \* \*
\* \* \* for an affidavit is the highest form of the prima facie evidence; and, all that is : needful \* \* \*
**Maxim : Equity regards as done that which ought to have been done.**

**AFFIRMATION :** Now, i principal by a special & private, visitation, solemnly affirm, depone, claim, and declare, my freewill execution of this instrument : under the Penalty of Perjury by the laws : United States of America, States of America, Maxims of American Equity, and jehovah, with firsthand knowledge and otherwise, that the foregoing statements, information, and claim(s), are true in assemblage, substance, and fact, to the best of my knowledge and belief.

By the authority of the principal, the affirmed execution by the principal's Agent (hand and seal), is : given, on this _____fifteenth_____ day of the seventh month of the A.D. year : two-thousand-twenty-three.

by : _____/s/_____ , Grantor & Agent;
<u>Hurley H Gill, Jr.</u> (Agent) of the Affiant & principal :
<u>Hurley Hughes Gill, Jr.</u> (a.k.a. Hurley-Hughes, Jr. : Gill).

Page: 1 : 1. Of the Property of the Hurley-Hughes, Jr. : Gill

Instrument Number : _____ ;
Recordation : Pulaski County Clerks Office : Virginia;
drafted-by : <u>Gill</u>   [The originator's family name : Gill]
Grantee(s) : Clerk of the Court for the Pulaski County; and,
all other concerned magistrates, persons, and people.
Grantor : <u>Hurley H Gill, Jr.</u>, Agent of the principal and
cestui que : <u>Hurley Hughes Gill, Jr.</u>
Document : ___<u>202306271436</u>___
Instrument Bearing Date : ___<u>14 : 07 : 2023</u>___ (day : mo. : yr.);
Recorded this day : _____ (day : mo. : yr.);
Paid by and Returned to : ___<u>Grantor</u>___

# DECLARATION OF A COMPLAINT (Affidavit) and MOTION TO INTERVENE

by the Grantor : <u>Hurley H Gill, Jr.</u>, Agent of the living flesh and blood, non-decedent man : <u>Hurley Hughes Gill, Jr.</u> (Affiant, principal, claimant, intervenor, beneficiary).

Wherein aforesaid principal by the Grantor specifically trust : Clerk of the Court (occupant, successor, or assignee), for any needed correction for the exactness of the subject Case identification and for the proper procedural presentation by the court procedures, for the judge's consideration.

**To and For** :
The Honorable Robert J. Conrad, Jr.
United States District Judge
United States Courthouse
401 West Trade Street
Charlotte, NC 28202

**Subject** :      United States v. Jayton Gill
                  Case No.  3:22-cr-00149-RJC-DCK

**Attachments**:   (a) The Foundational Basis for the Claim : Revocation of Election
                  (b) Bond of Indemnity (Affidavit)

**Know ye** the Judge Conrad (occupant, successor, or assignee); and, all other concerned officers, magistrates, persons, and people :

* * *  no-more-than an affidavit is of the necessary instruments for the making of a prima facie case  * * *
* * *  for an affidavit is the highest form of the prima facie evidence; and, all that is : needful  * * *
**Maxim : Equity regards as done that which ought to have been done.**

Notation : **(a)** Of the box/boxing and brackets [ ] in the form of a pair (a bracket pair may continue on more than one-line), is for the identification of the printed information of a legal omission, provided for additional information and/or some clarification, of the subject-matter by the same, or by a specifically different, venue; and : not, of any legal effect for or against, the subject matter (e.g. no coded meaning/application of the words before or after, the presented brackets); **(b)** of the colon (:), is for the words: of the, for the maintaining of the language syntax. **(c)** The utilized identified Grantor and Agent, of the aforesaid identified principal, is specifically for the proper exchange (i.e. between the alive-living flesh and blood, man (i.e. non-decedent) and corporation (fiction)) by the law of like kind.

**CAUSE:** For the affidavit of this complaint and intervention, in the interest against both parties is by the cause of the counselor(s) of the defendant and/or District Attorney Office and/or agent(s), and by no means of any challenge for and/or against, the presiding Judge and/or *United States District Court* (i.e. all in good fath); and, by the believed lack of true understanding by the alive-living defendant. Furthermore your aforesaid principal claim and declare, a believed lawful interest of the life, liberty, property, and pursuit-of-happiness, for the prevention of substantial injury(ies) and/or damage(s), by the trespass, deprivation, or otherwise, of any right(s), privilege(s), and/or immunity(ies), of the defendant and/or of your principal, secured by the organic laws of the United States of America, state/State, and/or otherwise (i.e. for the

Page: 1 : 4.   Of the Property of the Hurley-Hughes, Jr. : Gill

protection of, the people, and/or of other person(s); e.g a natural person or : just one, whose physical liberty is of some risk,). **[229 U.S. 416, 429; also : Thornington v. Smith, 8 Wall. 1,9,19 Led. 361, 363]**

With the appearance of multiple questionable-legal issues : jurisdiction and otherwise; wherein the otherwise is believed, but not limited to, potential breach(s) of procedural codes, regulations, ordinances, and/or contract(s), by the lack of true/complete understanding by multiple parties (i.e. including, but not limited to, the defendant), et cetera; the aforesaid principal and Affiant, of this instrument claim and declare, for the defendant, that the defendant (i.e. a natural person, an alive-living flesh and blood, non-decedent man) is : worthy of the saving.

**INTRODUCTION:** Your flesh and blood, principal and claimant : Hurley Hughes Gill, Jr., **is** : one, of many lawful posterity of the progenitor : Stephen (a.k.a.: Caption Stephen) of the family name : Gill, by the family history **(**birthdom : Scotland, before the year : 1615 (likely about 1590+/-) with his death : 1652/3**)**; whereby your principal is the eleventh generation with the birthdom on the Virginia plough lands between this day and my forefather : Stephen, settling in these lands (with his wife : Ann Toppin), and the sixth generation since the adoption of the Declaration of Independence (1776). Whereupon your claimant's (my) progenitor : Stephen, is the original freeholder of the freeholds : land patents (with no determinate duration), for he himself and for his posterity, first in and/or around, plough lands of the Colony of Virginia (a.k.a : Virginia colony) from approximately 1620s Anno Domini **(**of the acres as then defined 2000 (+/-)**)** and secondly in and/or around, plough lands of the Northumberland [no-burn] County from approximately : 1640s **(**of the acres as then defined 700 (+/-)**)**. **(**The first freehold, believed a track of plough land within a Shire of Virginia : one, of the original eight believed known today as : York County (so named about the year : 1643), and previously named Charles River Shire (so named about the year : 1634).**)** The aforesaid freehold estates : land patents (with no determinate duration), are presently believed in whole or otherwise, under the control of the British government (directly, indirectly, or otherwise) as the trustee.

**CLAIM:** For i, Hurley-Hughes, Jr. : Gill (a.k.a. Hurley Hughes Gill, Jr.), claim and declare, that i am a living breathing man (a lawful Virginian and national : one, of the people) and the lawful father of the flesh and blood, alive-living non-decedent man : Jayton Hurley Gill (a.k.a. Jayton Gill) and, specifically not the father or creator, of any trust (e.g. Cestui Que Vie or otherwise), established with a derivative name of my aforesaid son under the rules/laws of the American Jurisprudence or otherwise; and, furthermore claim and declare, that my aforesaid son is the lawful beneficiary and the lawful beneficial owner, of all trusts established with a derivative of his name and that the Judge is the legal trustee of the specific constructive trust created for the establishment of the subject case, for the best outcome of all concerned parties.

Furthermore your Affiant claim and declare, both my (your principal's) sons are of the lawful status : Virginian and national, and : not, a citizen and/or resident, of the United States or UNITED STATES, INC.; though, at this time it is believed neither of them understand the legal significance of their true status/standing, due to the teachings under the recruiting flag of the United States within the States and : mother, who also lacks a true understanding of the subject (though also a Virginian and national). Additionally your principal claim and declare, for the defendant, all his (i.e. the aforesaid alive-living non-decedent man : Jayton Hurley Gill (a.k.a. Jayton Gill)) rights, both of the known and unknown. The flesh and blood, alive-living non-decedent man : Jayton Hurley Gill (a.k.a. Jayton Gill), is believed a lawful Virginian and national, living in the state of the North Carolina, for a time-period of over seven years [reference: Ordinance of 1787: The Northwest Territorial Government].

**Of some awareness of some additional issues with an incomplete knowledge:** (a) With the request for character references by the defendant's counsel(s), your interested third party and principal, claim and declare, that the word : character, by its utilization as an adjective and otherwise by the word's base, is for the presentation of a natural person (man) as a fiction entity. Therein compelling legal agreement of the accusations/charges against the defendant by defendant's loved ones and others, that your defendant is something other-than a flesh and blood, alive-living non-decedent man; i.e. for effectively absolving the responsible parties of any responsibility for the court's decision.

The formal or informal, completion of the defendant's counsel(s) request by your claimant, pursuant-to the provided template, with the limited-privileged knowledge and understanding, of your principal; is : not, of any possibility, by the unimaginable, inconceivable, and incomprehensible, instructions. For this claimant and principal (i.e. : one, of , the people) ; will : not, provide a legal condemnation of his son or actions, with no full disclosure of all facts, time-lines, laws, implementing regulation(s), specific word definitions, procedures, and the thereof jurisdictions (i.e. The presented offer by the counsel(s) of the defendant, is effectively refused and canceled, by the failure to state a claim, from which relief can be granted.).

Wherein the District Attorney Office and/or agent(s), received a plea-bargain-agreement from the defendant : notice, it is cognizably believed by this claimant, that the aforesaid agreement is of a compelled

Page: 2 : 4.   Of the Property of the Hurley-Hughes, Jr. : Gill

nature by the threat (whether by a direct/implied statement or otherwise) of involving [his] brother (who is with medical issues) and friend (whom the defendant helped become settled within the state) with separate charges or basically give-up his right of a grand jury hearing. For what reason does this action cause a compelled action by the defendant? For the typical man, it likely would not compel such an action; however, for the defendant (especially with lacking knowledge), like his grandfather and his father, there is an impelled natural uprightness and rectitude (naturally driven toward integrity and honesty, to do what is cognizably believed right at any given time). Hence, for the alive-living flesh and blood, defendant to cause harm to his brother and/or friend, for something he may or may not, have done would be an unforgivable-incomprehensible action on his part (Herein the defendant's action speak of who he (man) really is; and that is the perceived way of both my sons).

On prima facie evidence, the not filing of an income tax return for a given year would seem very bad; but there are many an individual and corporation, that get behind due to the complexity of almost constant change (e.g. when a consumer goods item becomes a regulated commerce item). The internal revenue code until a specific filing, allows for a transmitted statement to formally state the full estimated amount believed due (i.e. not a balance due), even if the accused has paid into the system 99% of the IRS' full estimated amount. Additionally, your principal's formal understanding is that the entire taxing and monetary system is placed under the Uniform Commercial Code by the Federal Tax Lien Act of 1966 [reference : P.L. 89-719 legislative history, Pg. 3722]; and, there is no known federal tax lien(s) on file with the State Corporation Commission. In either case, the filing issue is now completely resolved, and given the fact that all volunteering nationals have a right for the revocation of the presumed/ assumed contract by the lack of full disclosure, that formal charge should be dismissed. [ attachment: Revocation of Election]

**Notice:** **(a)** Fore it is believed by your principal that the statements utilized to achieve the defendant's forfeiture of a hearing before a grand jury, relative to his said brother and friend, were false; though, that may not have been understood by either party at the time; **(b)** additionally it is believed by your principal; that the plea-bargain-agreement is with the lack of a valid signature; i.e. the implied/evidenced legal instrument is believed with a lack of the required exactness for a legal validation (For the defendant's signature is believed with the complete autonym (real name), the same signature he always uses), and thus is : null and void. **(c)** Furthermore the District Attorney Office, agent(s) and/or counselor(s) of the defendant, is/are believed cause of continued ambiguity and lack of legal understanding by the defendant, between the differences of the status/standing (e.g. Between - the people, citizen, man/woman (natural person), person (corporate capacity), corporation, private individual, and those persons (natural or otherwise) under some form of a contract with the United States). For the legal mis-understanding by the defendant is believed of a continuance by the lack of full disclosure, wherein the case : Wickard v. Filburn (1942), is believed of the District Attorney Office's presentation [i.e. case, believed by your principal, with the correct court conclusion due to the contract], but : not, presented for an example: The Supreme Court of the United States: Bond v. United States Certiorari (2011 & 2014) and/or U.S. v. Lopez, 514 U.S. 549, 115 S.Ct. 1624 (1995). **(d)** At the time, when the reason for the defendant's forfeiture of a grand jury hearing, that resulted in a plea-bargain-agreement, is determined to be false; why did the counselor(s) of the defendant and/or District Attorney, not move for a revocation of the plea-bargain-agreement; there appears to be no remedy for this issue [potential protecting codes ? - pursuant to the Fraud act of 2006 or Title: 42, U.S.Code §1983; Title: 28, U.S.Code ch. 161 §2403; Title: 18, U.S.Code]. [out of time]

**DEMAND:** For the assurance of no trespass (ex-post-facto or otherwise), against any right(s), privilege(s), immunity(ies), and/or life, liberty, property, and pursuit of some happiness, of the aforesaid principal and of the aforesaid son of the principal, i your principal : Hurley Hughes Gill, Jr., demand : certification, of the constitutionality of the rules, laws, and regulations, utilized within the state of the North Carolina, against my aforesaid son, by the *United States* District Attorney Office and/or agent(s); and, a lawful Certificate-of-Authority for providing said certification by the certifying public official. For the alive-living non-decedent man : Jayton Hurley Gill (a.k.a. Jayton Gill), is believed to have the standing and right : NOT, to be convicted under a constitutionally invalid law [Bond v. United States (2011)] or under any invalid contract. For your principal claim and declare, that: (a) false information presented knowingly or unknowingly, for the achievement of an agreement is believed to void said agreement/contract, (b) the specific lack of a signature with the required exactness relative to the contract's identified party is believed to void said contract, and (c) any unknown false information presented for the achievement of an agreement is believed to void said agreement/contract, by the lack of full disclosure, even if the injured party is unaware that a formal revocation of the contract should be made (i.e. whether due to the lack of good counsel or otherwise).

For your principal believe all operational laws within any state of these United States of America [a.k.a. States of America, pursuant to the *Universal Postal Union*] are certified by that specific state's supreme court. Motion for the court : subpoena, of the Attorney General of the North Carolina (or other appropriate public official of the state), for the testimony as-to the constitutionality of the rules, laws, and regulations, utilized within the state of the North Carolina, against my aforesaid son.

**PRAYER:** For the benefit and forgiveness, of all parties, the formal prayer is for the dismissal of all charges against the defendant, and the formal expungement of all records of this case. Additionally, at the judge's discretion it would be appreciated, whether in the court room, chambers, or hallway, if the judge could tell my to son, to listen to his father in these matters.

**AFFIRMATION :** Now, i principal by a special & private, visitation, solemnly affirm, depone, claim, and declare, my freewill execution of this instrument : DECLARATION OF A COMPLAINT (Affidavit) and MOTION TO INTERVENE, under the Penalty of Perjury by the laws : United States of America, States of America, Maxims of American Equity, and jehovah, with firsthand knowledge and otherwise, that the foregoing statements, information, and claim(s), are true in assemblage, substance, and fact, to the best of my knowledge and belief.



By the authority of the principal, the affirmed execution by the principal's Agent (hand and seal), is : given, on this ……fourteenth…… day of the seventh month of the A.D. year : two-thousand-twenty-three.

by : _____ , Grantor & Agent;
Hurley H Gill, Jr. (Agent) of the Affiant & principal :
Hurley Hughes Gill, Jr. (a.k.a. Hurley-Hughes, Jr. : Gill).

### Jurat:

| | |
|---|---|
| Pulaski County, Virginia | } |
| Commonwealth of Virginia | } |
| Commonwealth at Large | } |
| Virginia, States of America | } |
| United States | } |
| United States of America | }    to-writ : |

Witness my hand and seal, whom this presents shall come :

The foregoing titled instrument : DECLARATION OF A COMPLAINT (Affidavit) and MOTION TO INTERVENE, by the special and private, visitation of the principal : Hurley Hughes Gill, Jr., is and was, affirmed, subscribed, and sealed, before me ……Rhonda J Sutphin…… , Notary Public within the Radford City, Virginia; thereat the Grantor and Agent (Hurley H Gill, Jr.), appeared before me (Notary Public), and executed the said instrument on this ……fourteenth…… day of the seventh month, of the anno Domini (A.D.) year : two-thousand-twenty-three, for the written record.



For the contents of the foregoing-titled instrument : DECLARATION OF A COMPLAINT (Affidavit) and MOTION TO INTERVENE, your subscribed Notary Public, is of no responsibility.

In accord, with the Law in the Circuit Court : __City of Radford__ ;
My notarial Registration Number is : __7644730__ ; and
My notarial commission expires : __August 31, 2023__ .

_____ [name]
Rhonda J Sutphin
Notary Public for the Commonwealth at Large

[seal: left & mostly above signature]……………………

The aforesaid principal (in esse) and beneficiary (cestui que, with equitable interest) : Hurley-Hughes, Jr. : Gill (a.k.a. Hurley Hughes Gill, Jr.), affirm this a true copy of the copied recorded instrument and affirm the said principal's agreement with this instrument's execution; where this separate affirmation is given on this _____ day : _____ month of the anno Domini (A.D.) year : two-thousand-_____ .

_____ , principal
Hurley-Hughes, Jr. : Gill (Affiant, principal, and beneficiary).

Page: 4 : 4.     Of the Property of the Hurley-Hughes, Jr. : Gill

# Notarial Certificate

**Notarial Certification : Jurat.**

| | |
|---|---|
| Radford City, Virginia | } |
| Pulaski County, Virginia | } |
| Commonwealth of Virginia | } |
| Commonwealth at Large | } |
| Virginia, States of America | } |
| United States of America | } |
| United States | }        to-writ : |

Witness my official-notarial hand and seal; and, know whose official signature and seal, appearing on the instrument's Jurat herewith this annexed Notarial Certificate, is certified by this same Notary Public.

I, the subscribed-certifying Notary Public of the Jurat within the boundary of the Radford City, Virginia, for (but not limited to) the aforesaid City, Pulaski County, Commonwealth at Large, Commonwealth of Virginia, Virginia, States of America, United States of America, and United States, **certify** that the natural person (man) and identified principal : Hurley Hughes Gill, Jr., duly affirmed first (antecedent the instrument's execution), solemnly affirmed[1], subscribed, and sealed, before me _____Rhonda J Sutphin_____ (a commissioned Notary Public for the Commonwealth at Large), the titled instrument : DECLARATION OF A COMPLAINT (Affidavit) and MOTION TO INTERVENE, executed by the Hurley H Gill, Jr., with the bearing date of the __fourteenth__ day of the seventh month of the anno Domini (A.D.) year of the two-thousand-twenty-three (of further identification by the document number : __202306271436__ ).

This aforesaid Notary Public, also **certify** that the identified principal : Hurley Hughes Gill, Jr., on the basis of satisfactory evidence proved himself to-be a conscious man of an age of the majority, of sound mind, and the executing party of the aforesaid instrument by his own authority clothed with his Agent's hand and seal; who solemnly affirmed[1] -aforesaid instrument's execution and also stated before me (Notary Public), that the affirmed instrument's execution is in good faith as equitably being upright and of his own free will and accord, for the purposes stated within the aforesaid instrument.

Furthermore this aforesaid Notary Public, **certify** that aforesaid principal clothed with the hand of his Agent (Hurley H Gill, Jr.) appeared before me (Notary Public), by the authority of the principal for the instrument's formal execution and thereat formally executed-aforesaid instrument, on and for the record.

[1] **Affirmation :** Thereat the identified principal : Hurley Hughes Gill, Jr., solemnly affirmed, before me Notary Public, by these words:

> Now, i Private Citizen and principal, by a special & private, visitation, solemnly affirm, depone, claim, and declare, my freewill execution of this instrument, under the Penalty of Perjury by the laws : United States of America, States of America, Maxims of American Equity, and jehovah, with firsthand knowledge and otherwise, that the foregoing statements, information, and claim(s), are true in assemblage, substance, and fact, to the best of my knowledge and belief.

With the execution of this indenture the aforesaid notarial act : Jurat, of the aforesaid titled instrument and the presented information of this Notarial Certificate for the certification of the said notarial act, is of this subscribed Notary Public's certification.

I, the aforesaid Notary Public by this indenture : Notarial Certificate, do-certify : Jurat, of the aforesaid instrument and the aforesaid information of this Notarial Certificate; and this formal certification is : given, under my official hand and seal, under my Oath of Office under the Penalty of Perjury on this __fourteenth__ day of the seventh month of the anno Domini (A.D.) year : two-thousand-twenty-three.

For the contents of the aforesaid instruments, except for identifying purposes for their containment and transmission, your subscribed Notary Public, is of no responsibility.

In accord, with the Law in the Circuit Court : __City of Radford__ ; My notarial Registration Number is : __7644730__ ; and My notarial commission expires : __August 31, 2023__ .

*(signature)* Rhonda J Sutphin
_____Rhonda J Sutphin_____[name]
Notary Public for the Commonwealth at Large

[seal: left & mostly above signature]

Page: 1 : 1. : property of aforesaid Agent.

# The Foundational Basis for the Claim : Revocation of Election

For the purpose and intent, of this annexed instrument of claimant's formal Revocation of Election is for the establishment of additional lawful/legal support, of the claim for the **Revocation of Election** and of the claim for the revocation from the time-period of the beginning of the statutory election, by the principal.

>Notice : **(a)** Of the box and brackets [ ] in the form of a pair (a bracket pair may continue on more than one-line), is for the identification of the printed information of a legal omission, though provided the Grantee(s) and/or reader, for the clarification of some subject-matter by the same, or by a specifically different, venue; **(b)** of the : (colon), is for the words: of the, for the maintaining of the language syntax. **( c)** of additional reference: The sub silentio (silently implied, but not expressly stated) Rules and Articles-of-War (Lieber Code/Hague Conventions : 1899 & 1907), for the harmony with the **Emergency Banking Relief Act**, for the imposing of a martial due-process law by the congressionally ratified **Trading With the Enemy Act** (as amended; and, established by the Emergency War Powers Proclamation 2040 (March 9, 1933) [also reference Proclamation 2039 (March 6, 1933)] with the subsequent abolition of the Common Law rights and Common Law due-process, by the Supreme Court (1938); **(e)** 37 Am Jur 2nd - Fraud (144, 146); **[(d)** other non-specifically stated references: United States [as a corporation] *v.* Cruikshank, 92 U.S. 542 (1876); Kitchen *v.* Steele, 112 F. Supp 383 (1953); United States [as a corporation] *v.* Anthony 24 Fed. 829 (1873) [citizen of the United States is a civilly dead entity]; *Hale v. Henkel*, 201 US 43, 74 (1906) and *Selective Draft Law Cases*, 245 U.S. 366, 389 (1918); 18th Congress, sec. 1, House Document # 49 (not citizen, inhabitants - no contract, alien to the corporation); Respublica *v.* Cornelius Sweers (1779); Penman Et al. V. Wayne, pg. 261-265 (Resident - term);**].**



**Supreme Court of the United States**

Wherein it appears your claimant's conceptual conclusion is supported by : The United States Supreme Court, stipulated-in the case: Foley Brothers, Inc. v. Filardo, 336 U.S. 281 (1949) that:

>**It is a well established principle of law that all federal statutes and regulations applies only within the territorial jurisdiction of the United States** [District of Columbia] **unless a contrary intent appears** [apparently meaning, if implementing regulations are published in the Federal Register]. [Emphasis & clarification added]

Cognitively the implementing Regulations of the Internal Revenue Code (IRC) govern the Internal Revenue Service's operations : Administrative and Procedural, enforcement of the federal income tax; and seemingly these federal statutes and regulations, utilized by the Internal Revenue Service (IRS) are of an applicability only-within the territorial and legislative, jurisdiction of the District of Columbia pursuant-to the United States Supreme Court (less there is a published implementing regulation within the Federal Register).

Hence the statutes and regulations, of the Internal Revenue and/or Internal Revenue Service, are of an apparent limitation by their geographical jurisdiction as-well-as the legislative jurisdiction for the application toward those persons [fictionally created entities] who are believed the proper federal Taxpayers pursuant-to your Internal Revenue Code: 26 USC §7701 (a)(14). Thus the limited geographical and legislative, jurisdiction for the IRS statutes and regulations, is recognizably restricted-to and limited-to, the District of Columbia by the *Legislative Intent of the 16th Amendment* (Article XVI of the organic Constitution of the United States (1913)).

For your statutory-technical term : Taxpayers, is seemingly-defined as any person subject to any internal revenue tax (where not otherwise distinctly expressed or manifestly incompatible with the intent). Whereas your statutory-technical term : person, expressed-in the IRC : 26 USC §7701 (a)(1) is with the apparent meaning: the legal statutory fictions (entities) created by and under, the dominion of the [corporate] United States (limited-to the District of Columbia by the *Legislative Intent of the 16th Amendment* (Article XVI of the Constitution of the United States (1913)); and, the statutory-technical term : subject to, is with the apparent meaning : under the dominion and control, of the [corporate] United States (limited-to the District of Columbia by the *Legislative Intent of the 16th Amendment* (Article XVI of the Constitution of the United States (1913)).

Established by the ratified Constitution of the united States of America (1792), the American people are the law makers : sovereign; and as-such the United States Supreme Court is of the declaration within the case:

Yick Wo v. Hopkins, 118 U.S. 356 (1886) that:

Page: 1 : 8, is : property, of the Hurley-Hughes : Gill, Jr.

Sovereignty itself is, of course, not subject to the law for it is the author and source of the law.

Hence the [following] expressed legal opinion by the United States Supreme Court within the case :
United States v. Cooper Corporation, 312 U.S. 600 (1941) is of this writ's inclusion by the imperative necessity:

Since in common usage, the term person does not include the sovereign, statutes not employing the phrase are ordinarily construed to exclude it.

Also it appears that your technical definition of the statutory term : person, pursuant-to your IRS Code [Title : 26 USC §7701(a)(1)] and utilized-in the statutory definition of the term : Taxpayers [Title : 26 USC §7701(a)(14)], is not (in any fashion) including, reflecting, or referencing, Private Citizenry or : one, with the unalienable rights of an American Citizen/National or Private Citizen (1869), whether with said rights by the Jus sanguinis (right of the blood) or Jus soli (Right of the soil), or both (a natural born [private] citizen (1792)).



Notice : Internal Revenue Service (IRS) under the Department of the Treasury of the United States (believed headquartered within the survey boundary : District of Columbia), have within their special corporate law [Title 26 U.S.C. (United States Code)] of the Internal Revenue Service (IRS), a legal statutory option for the Nonresident Alien Individual (NAI) to legally implement (apparently at the discretion : NAI) a formal termination against any assumed or otherwise, voluntarily established Federal Income Tax Election. The special Election of the special law [e.g. 26 U.S.C. §6013 (g) or (h)] is apparently a contractual election for the voluntarily treatment of a Nonresident Alien Individual (e.g. American Citizen, American National, and/or Private Citizen (1869)), as a resident of the United States.

For it appears each subjected Nonresident Alien Individual becomes a Federal statutory Taxpayer at the time of the initial establishment of the statutory election of your special law [e.g. 26 U.S.C. § 6013 (g) or (h)] whether the NAI is with the knowledge and understanding, of the election or : not; and, the former nontaxable income of the Nonresident Alien Individual is then deemed taxable in the identical manner as the United States Resident Alien. Furthermore it appears the contractual election by the knowing or unknowing, Nonresident Alien Individual is an automatically applicable election for the liability of the tax for all following years after the initial election as a part of the Duration of Election [e.g. 26 U.S.C. §6013 (g) (3)]. Hereunder it also appears that the Nonresident Alien Individual (NAI) became and becomes, a voluntarily resident of some contract and is hereafter the liable party by this aforesaid contractual-statutory election, for a not otherwise levied tax against the NAI; whereby the private sector employer(s) of the NAI (considered a Resident Alien) are with the payment of any Exchange-of-Capital as a taxed wage by the special law [e.g. Chapter 24] of the Internal Revenue Code (IRC).

The statutory term : Nonresident Alien Individual, is defined by your special law [26 U.S.C. §7701 (b)(1)(B)]:

**An individual is a nonresident alien if such individual is neither a** [statutory] **citizen of the United States** [e.g. District of Columbia per 26 USC §7408(d)] **nor a resident** [alien or foreigner from another nation] **of the United States** [District of Columbia per 26 USC §7408(d)].
[Emphasis & Clarification added]

Of a special notation for the Grantee(s) and/or reader, is the formal presentation of the definition. For it appears the specific definition by the apparent-special (private) corporate law is with the explanation of what a nonresident alien individual (NAI) is : not, rather than its actual meaning; and, this seemingly purposeful obfuscation [obscuring] of the meaning of the term : nonresident alien individual (NAI), is believed of a vital importance for the recognition of the correct-technical definition by the reader. Whereas, the true meaning of your statutory term : nonresident alien individual (NAI), is apparently confirmed by your special law : Expatriation to avoid tax [26 CFR 1.871-1 (b) (4)], where it appears the term's meaning is of a sufficient illustration as the private state (1859) Citizen and Private Citizen of the (these) United States (1869).

For the nonresident[1] alien individual, is with an appearance : one, with the rights of a man with the status of an American Citizen, American National, and with the rights of the now dominant citizenship : Private Citizen of

---

[1] Footnote: publicly record - A LAW DICTIONARY ADAPTED TO THE CONSTITUTION AND LAWS OF THE UNITED STATES OF AMERICA AND THE SEVERAL STATES OF THE AMERICAN UNION, With References to the Civil and Other Systems of Foreign Law; John Bouvier. (Sixth Edition 1856; Philadelphia; Childs & Peterson, 124 Arch Street).

Page: 2 : 8, is : property, of the Hurley-Hughes : Gill, Jr.

the (these) United States (of about 1869-1870) established by the pre-1873 [Act of 1871 and 1877] and pre-1933, ratified Constitution of the United States of America (1868), art. XIV, § 1 (forming the de-jure National government). For the nonresident alien individual (e.g. American Citizen, American National, and/or Private Citizen) is with an apparent joinder with the other citizens of the and these, United States (1869) by the aforesaid ratified Constitution (forming the de-jure National government)); as-opposed against the now subordinate & derivative, position of the State-created de-facto Public [corporate-statutory] United States citizenship.

This regulation section reads as follows :

> For special rules applicable in determining the tax of a nonresident alien individual who has lost U.S. citizenship with a principal purpose of avoiding certain taxes, see section 877.

For it appears only the Private Citizen of the paramount and dominant, de-jure **National** government (established by the ratified Constitution of the United States (1868), art. XIV, § 1)) can give up his/her [Public-corporate] statutory United States (U.S.) citizenship status and become a former member of the Private Citizenry (e.g. American Citizen and/or American National), by an Expatriation. Apparently the terms: Nonresident Alien Individual and Private Citizen (i.e. free inhabitant, American Citizen, American National, and Private Citizen of the (these) United States (1869)), are legally synonymous terms.

> Notation : The non-inclusive identification of any man or woman, with the rights of an American Citizen, American National, and Private Citizen (1869), of these United States (by the ratified Constitution of the United States (1868), art. XIV, § 1 (forming the de-jure National government)), is with the seemingly apparent expansion of the descendants of [1] a free citizen in the several union states (1782), a pre-1864, pre-1873, pre-1899, and pre-1933, private American Citizen of these United States (states (1859) of the Union, the original-republic States of America (1792)), notwithstanding a change in his/her political status (nationality), [2] a specific native (e.g. Virginian, Tennessean, et cetera), free inhabitant, and/or private citizen, of any one of the several union States (1859), [3] an ancestral American Freeholder (believed the original American Citizen : one of, the people, by their descent with the right of a freehold (especially with no determinate duration) and with the rights (natural & otherwise) of an American Citizen, American National, and Private Citizen (1869); additionally the American Freeholder is also believed to-be, of the posterity of a free inhabitant (1782) who held and/or holds (by : trustee(s) or otherwise) : one, or more land patent(s) granted-by and/or purchased-from a King of England, before the complete formation of these States of America (1776-1792) and its original de-jure federal United States Government (1792).), and [4] an ancestral American Freeman or Freedman, (: now, with the rights of an American National/Private Citizen, notwithstanding a change/conflict in his/her political status (nationality)), [5] a natural born citizen (man or woman, by the Jus sanguinis (right of the blood) and Jus soli (Right of the soil)) of these United States (States of America (1792)), [6] a lawful [Private] Citizen (1869) by the Jus sanguinis (right of the blood) or Jus soli (Right of the soil) of these United States (1869) (States of America (1792).

-------

For the President of the United States (POTUS) : William Howard Taft, provided his Taft documentation, thus describing limitations, of the United States Congress by the publishing of the *Legislative Intent of the 16th Amendment* (Article XVI) of the Constitution, whereby the ability of the United States Congress is limited-to the levy of the Federal Income Tax [only] upon/against the National Government (itself). For the President of the United States (POTUS) : William Howard Taft, stipulated-by the foundational document : *Legislative Intent of the 16th Amendment*, that :

> **The formal decision of the Supreme Court** [Pollock v Farmer's Loan & Trust Company, 157 U.S. 429, 1895] in the income tax case, **deprived the National Government** of a power which, by reason of previous decisions of the court, it was generally supposed United States Government had.

> I [POTUS] therefore recommend to the Congress that both Houses, by a two-thirds vote, shall propose an amendment to the Constitution **conferring the power to levy an income tax upon the National Government without apportionment** among the States in proportion to population. [Emphasis added]

Thus it appears that the court's power of the refusal for the acknowledgment of the ratified Constitution for the united States of America (1792), is only-within the lawful jurisdiction of which said refusal applies [Constitution of the United States, art. I, sec. 8 (1792/1872); *Hooven & Allison Co.* v. *Evatt*, supra, 671]. Apparently the American Citizens, American Nationals, and others (e.g. Private Citizen), who work for the National Government are the primary statutory Taxpayers; notwithstanding the [civilly dead-corporate or otherwise Public] citizens of the District of Columbia Municipal Corporation (e.g. the [private] corporate United States [U.S. Inc.]) seemingly providing a Permanent Form of Government for the District of Columbia (created by the Acts of 1871 & 1877, as repealed and amended, and/or placed in statute) and apparently-of legal ownership by the originally chartered District of Columbia (of about 1801).

Page: 3 : 8, is : property, of the Hurley-Hughes : Gill, Jr.

Case 3:22-cr-00149-RJC-DCK    Document 26    Filed 07/17/23    Page 9 of 16

Notation: Cognitively the expressed **temporary** authority : Congressional-created-statutory de-facto Emergency War Powers military government of the United States, on or about the day : March 9, 1933, **against** the limited de-jure federal/National government's article I, section 8, clause 17 of the Constitution of the United States (1792/1869) of America, is with an appearance of being otherwise an illegal operation **except-by** the United States Congress' **temporary** [yearly renewed ?] enactment of the said-granted authority and extension, over other geographical areas within the republic States of America (S.A.) [S.A., by: *Universal Postal Union* Treaty].

So it appears that the Nonresident Aliens Individual (a.k.a. American Citizen, American National, and/or otherwise identified Private Citizen, who is apparently-not the primary statutory Taxpayer) is with the liability of the titled Federal Income Tax only-if he/she (knowingly) select the statutory election by the filing of your Form 1040 (US Individual Income Tax Return) [e.g. 26 CFR 1.871-1(a) Classification of Aliens], for a payment of a tax with no prior liability before the aforesaid statutory election. An additional note: Pursuant-to the case : **Clark v. United States, 95 U.S. 539**, a statutory election is not a valid contract; and thus the seemingly contractual statutory election is believed invalid from the beginning [ab initio] of the election (see fraud - 37 Am Jur 2nd).

By this (known or unknown) sub silentio (silently implied, but not expressly stated) statutory election [e.g. 26 USC §6013(g)] by a member of the Private Citizenry (a.k.a. Nonresident Aliens Individual), the legal National Government [reference : Rules and Articles-of-War (Lieber Code/Hague Conventions : 1899 & 1907)] is **apparently-provided the legal authority for the taxation** of the otherwise non-taxable Nonresident Aliens Individual (with no imposed Federal Income Tax) as a **U.S. Resident Alien** [note: U.S. is presented in an adjective [OPINION] position (pursuant-to the Style Manual (1984) : UNITED STATES GOVERNMENT PRINTING OFFICE)]. Apparently the primary-liable parties (Taxpayers) of the imposed tax are the legal and/or illegal, foreigners of these and the, United States (identified by the term : U.S. Resident Alien). Where the apparent-primary-liable parties : United States Resident Aliens, are the legal and/or illegal, foreigners who live and work, within the dry land boundaries of these United States (1859; States of America) and of the United States (District of Columbia and/or its lawful territories [by: ownership, treaties, or otherwise]), with the seemingly possible exceptions of the statutory government citizen (an artificial civilly dead entity or otherwise) of the [private] corporate UNITED STATES (apparently also known as the U.S. Inc., The United States, United States of America, District of Columbia Municipal Corporation (pursuant-to the Act of 1871 and 1877, as these Acts were ratified, repealed, revised, amended, and/or placed in statute, over time for the [Act] Providing a Permanent Form of Government for the District of Columbia), Washington, D.C.); and, apparently-of legal ownership by the original District of Columbia [of an approximate start : 1790, and chartered-by the approximate year : 1801]. Of a notation: The termed words : state (1863), State (1863), and United States (1863), by the [acting] congress (1864) of the United States are believed-redefined into the [private] corporate-technical term : meaning - the territories and District of Columbia.

For this lack of the Tax Liability and the lawful and legal, right of the Nonresident Alien Individual (i.e. Private Citizen), not to elect treatment as a U.S. Resident Alien is, believed-established by the *Legislative Intent of the 16th Amendment* by the Taft documentation (by the President of the United States (POTUS) : William Howard Taft) on or about, the day : June 16, 1909. For it appears that the Private Citizen is, and has always been, a lawful non-Taxpayer by their exclusion within the statutory law. For this Taft documentation by the President of the United States (POTUS) : William Howard Taft, is believed with the specific clarification for the identification of the levied parties (Taxpayers) subjected-to the levied tax by the imposed Federal Income Tax promulgated-by the Congressional Record of the United States Senate [on the pages : 3344-3345].

The Federal Income Tax is levied-upon the National Government; thus, the Private Citizen with some chosen (past or present time) work, for the National Government in any one of its' myriad of public Offices (performing the functions of a public office (cognitively your statutory-technical definition : **trade or business** [e.g. 26 USC § 7701 (a)(26)]), is with the apparent liability of the Federal Income Tax.

Within the regulations of the Internal Revenue Service : one, can-locate the seemingly voluntary nature of the Nonresident Alien Individual (i.e. Private Citizen) by the offered choice or option, of an election or of no election. Rationally this offered choice or option, of an election is an apparent-contractual-legal choice and thereby a voluntary-statutory selection; for the implied obligation is apparently imposed not, by any law outside the making of the sub silentio election. However the implied obligation, by the lack of any formally broadcast notification of the choice/option of an election, is of a perceived and believed, nature : illegal, by the conclusion : **Clark v. United States, 95 U.S. 539** [a statutory election is not a valid contract] from the beginning [ab initio] of the aforesaid statutory election; and the resulting illusion seemingly for the burdening of many (if not most individual) American Citizens, Nationals, and Private Citizens (1869) [believed-by the *de-facto* Emergency War Powers military government of the United States] is with the apparent success of a great magnitude. For no fully broadcast notification of the voluntary nature of the subject election of the past or present, by any government agency is believed to exist for the American people/public. Question : With the lack of full disclosure, why is the compelled obligation not a fraud or otherwise illegal action, against the guaranteed rights : Life, Liberty (e.g. property), and pursuit of Happiness (e.g. peace), of a Private Citizen (e.g. American Citizen/National)?

Page: 4 : 8, is : property, of the Hurley-Hughes : Gill, Jr.

Case 3:22-cr-00149-RJC-DCK   Document 26   Filed 07/17/23   Page 10 of 16

Conceivably it seems the particular voluntary nature of the subject election by the NAI [Private Citizen] for the exercise of the treatment of their (Nonresident Alien Individual) income like a Resident Alien, is pursuant-to your special regulation : 26 CFR 1.871-1 Classification and manner of taxing alien individuals.

26 CFR 1.871-1 Classification and manner of taxing alien individuals. (a) Classes of aliens, states:

> For purposes of the income tax, alien individuals are divided generally into two classes, namely, resident aliens and nonresident aliens. **Resident alien individuals are, in general, taxable the same as citizens** [statutory employees, legal entities, artificial persons, fictions] **of the United States**; that is, a resident alien is taxable on income derived from all sources, including sources without the United States. See § 1.1-1(b).
> [Emphasis & Clarifications added]

> 26 CFR Sec. § 1.1-1(b) Citizens or residents of the United States liable to tax. In general, all citizens of the United States, wherever resident, and all resident alien individuals are liable to the income taxes imposed by the Code whether the income is received from sources within or without the United States. Pursuant to section 876, a nonresident alien individual who is a bona fide resident of a section 931 possession (as defined in § 1.931-1(c)(1) of this chapter) or Puerto Rico during the entire taxable year is, except as provided in section 931 or 933 with respect to income from sources within such possessions, subject to taxation in the same manner as a resident alien individual. As to tax on nonresident alien individuals, see sections 871 and 877.

So it appears, pursuant-to **your** 26 USC §7408(d), **Nonresident alien individuals** are **taxable only** on certain income from sources **within the United States** and on the income described in your section 864(c)(4) from sources **without the United States** which is **effectively connected** for the taxable year **with the conduct of a trade or business in the United States;** whereas the **nonresident alien individuals** [Private Citizenry] **may elect**, under your section **6013 (g) or (h)**, **to be treated as U.S. residents** [residents of the corporate contract] **for purposes of determining their income tax liability** under your code : Chapters 1, 5, and 24 [wage withholding].

Does this not present the Nonresident Alien Individual (a.k.a. Private Citizenry : American Citizen, American National, and Private Citizen) with an apparent offered choice or option, of a contractual election by the utilization of the technical-statutory term : **may elect**, for the purpose of legally taxing (or of not taxing) the subject Nonresident Alien Individual (i.e. Private Citizenry) with the income tax liability of a U.S. resident alien? For the expressed-technical term : **may elect**, is believed to clearly signify the no mandatory obligation for the filing (or paying) of the US Individual Income Tax Return (Form 1040).



**United States Department of the Treasury**

A further substantiation by the United States Department of the Treasury is seemingly given by the lack of any mandatory obligation for the filing of a US Individual Income Tax Return (Form 1040) by a Nonresident Alien Individual (a.k.a. Private Citizenry : American Citizen, American National, Private Citizen of the (these) United States, by the ratified Constitution of the United States (1868), art. XIV, § 1).

As previously found by the published *Legislative Intent of the 16th Amendment* (Article XVI) of the Constitution of the United States (1792) : those who work for the National Government are recognizably with the lawful liability for the payment of the income tax by the said legislative intent : Article XVI. For it appears by this same publication, the lawful Private Citizen is : not, with any liability of the federal income tax (exempt, within the subject-matter of the aforesaid election and/or engaged in the functions of a public office). Hence your claimant's conclusion : The sub silentio election by the lack of a legal-mandatory requirement is of an apparent classification as a gift or bequest, by the grantor to the grantee (United States Treasury).

Furthermore this appears to be supported by the United States Department of the Treasury's statement that the federal income tax is classified a gift or bequest (believed also indicating a legal choice or option, for or against, the donating of some money by-way-of the federal income tax documentation : Form 1040, and its resulting liability), by a Private Citizen (a.k.a. Nonresident Alien Individual) for the money's utilization by the National Government (or otherwise [reference: Grace Commission]). Question : With the right to freely ignore the statutory election by the no-legal-mandatory requirement, by what jurisdiction and law, is the lawful Private Citizenry (i.e. American Citizen (1792), Private Citizen (1869) and/or American National; a.k.a. Nonresident Alien Individual) of any legal obligation?

Apparently with somewhat dramatic evidence : both Lawful Taxpayers (established-by the *Legislative Intent of*

Page: 5 : 8, is : property, of the Hurley-Hughes : Gill, Jr.

*the 16th Amendment* (Article XVI)) and Lawful Non Taxpayers, (Private Citizenry, excluded-by the *Legislative Intent of the 16th Amendment* (Article XVI)) are of an existence.

For this appears additionally supported-by the seemingly clear wording, pursuant-to the [positive law] Title: 31, United States Code (USC), §321 (d)(1) & (d)(2), that the Federal Income Tax is considered and acknowledged, a gift or bequest, by the United States Department of the Treasury for the expressed purpose and use, of the [statutory] United States.

Title : 31 USC §321 (d)(1) & (d)(2):

> **(1)** The Secretary of the Treasury may accept, hold, administer, and use **gifts and bequests** of property, both real and personal, for the purpose of aiding or facilitating the work of the Department of the Treasury. **Gifts and bequests of money** and the proceeds from sales of other property **received as gifts or bequests** shall be deposited in the Treasury in a separate fund and shall be disbursed on order of the Secretary of the Treasury. **Property accepted under this paragraph,** and the proceeds thereof, **shall be used as nearly as possible in accordance with the terms of the gift or bequest**.
>
> **(2) For purposes of the Federal income**, estate, and gift **taxes, property accepted under paragraph (1) shall be considered as a gift or bequest to or for the use of the United States**.
>
> [Emphasis and Clarifications added]

Whereby the expression of the statutory-technical term : United States, pursuant-to the Title : 31 USC §321 (d)(2), by the United States Department of the Treasury is reasonably limited-to the corporate United States pursuant-to your [negative law] Title 26 USC **§7408(d)**. Supporting the fact that the United States **(**District of Columbia**)** is apparently doing business as the corporate [statutory] UNITED STATES **(**a.k.a. U.S. Inc., The United States [a privately owned business with its own charter and independent U.S. Constitution], District of Columbia Municipal Corporation [pursuant-to the Acts of 1871 & 1877, as repealed/amended, and/or placed in statute by the Congress], Washington, D.C.**);** and, apparently of legal ownership by the original District of Columbia [chartered-by the approximate year : 1801] with the United States Congress as its Board Members.

> Notation**:** The corporate citizen [a civilly dead entity lacking all natural rights] of the United States is believed to be operating as a co-trustee and co-beneficiary, of the privately established trust(s) by the Congressional Record : 1967 [13-June, pp. 15641-15646]; therein it appears this government created [entity] artificial corporate citizen [1873] of the United States (District of Columbia (D.C.)) is with the creation of a Diversity of Citizenship [article: III, § 2], between the real man and/or woman, and the government created entity (artificial person) [Law of like kind]. Whereas the pre-1873 [antecedent the possibility of the corporation becoming a U.S. citizen] and pre-1933, Private Citizen, is : now, the lawfully paramount and dominant, citizenship (over and above, the individual union state (1859) citizenship), by the ratified Constitution of the United States (1868), art. XIV, § 1 (for the establishment of the de-jure **National** government of these United States). Whereas the congressional Act of 1871 and 1877 **(**for the establishment of a Government for the District of Columbia (D.C.)**)** and its independently adopted [Federal] Constitution of the United States (believed under the District of Columbia) is created and passed, yet not; and thus believed lacking all authority over the declared-ratified de jure Constitution of the United States of America (1868) and specifically the article : XIV, § 1, of the aforesaid Nationalized organic Constitution (1869). Furthermore it appears the redefined terms : state, State, and United States, by the Act of 1864, even under Marshal Law (believed repealed not) is : not, with the authority for redefining said words/terms of the organic Constitution of the United States of America (1792-1870); pursuant to the organic laws of the United States of America (1859) the aforesaid Constitution, is the legal source of the Legislative Branch's authority, not the other way around (For it appears the aforesaid redefined words/terms for any organic constitutional subject-matter would require a constitutional amendment by the perpetual Union of these States of America.).

**Pursuant-to your 26 USC §7408 (d) CITIZENS AND RESIDENTS OUTSIDE THE UNITED STATES:**

> If any [statutory] **citizen** or **resident** of the **United States** does not reside in, and does not have his principal place of business in, any United States judicial district, **such citizen or resident shall be treated** for purposes of this section **as residing in the District of Columbia**.
>
> [Emphasis & Clarifications added]

Apparently the formal limitation within your Internal Revenue Service (IRS) statutes is against the statutory United States (District of Columbia) with-only the statutory United States (District of Columbia) utilized-within the IRS statutes; less there is a statutory section with a specific reference of the several republic states of *the Union* **[**States of America (S.A.), by: *Universal Postal Union* Treaty**]**, pursuant-to your statutory [negative law] Title : 26 USC **§**7408(d).

Page: 6 : 8, is : property, of the Hurley-Hughes : Gill, Jr.

Case 3:22-cr-00149-RJC-DCK   Document 26   Filed 07/17/23   Page 12 of 16

So the above IRS statute within your [negative] U.S. Code - Title : 26 is with an apparent acknowledgment of the limited geographical and legislative, jurisdiction for the application of the federal income tax against the District of Columbia and the lawful United States Territories and possessions, by the apparent exclusion of any reference for the Constitutional Republic, States of America (these United States (1859)), states (1799) of the Union) [as the continuance of the laws are allowed-by the Rules and Articles-of-War].

Apparently each state's Secretary-of-State of the several States, charter the legal corporations and issue the legal franchises, therewith the **Private Citizen of these United States** (e.g. American Citizen/National) with a BIRTH CERTIFICATE (Public U.S. citizen). Then the franchised government created entity (Public U.S. citizen), conceivably appear as the liable party to the Franchise Tax Board of the State's Department of the Revenue for the income, excise, and/or privilege taxes, and also the seemingly liable party for the [Federal] income, excise, and/or privilege taxes to the Internal Revenue Service (collecting for the Internal Revenue for the UNITED STATES, INCORPORATED [apparently registered in France with its recordation under the Vatican Corporation of Rome], the legal **Corporation** of the United States [District of Columbia Municipal Corporation] for the payment of the interest against the national debt (seemingly verified-by the Grace Commission); of-which the said interest is apparently the property : Roman papacy's Federal Reserve Bank.



**United States [Federal] Court of Appeals, for the 2nd Circuit:**

Further legal support : The federal court decision in **Economy Plumbing & Heating v. U.S., 470 F2d. (1972)** confirmed the existence of both lawful taxpayers and non-taxpayers.

**Revenue Laws relate to taxpayers and not to non-taxpayers.** The latter are without their scope. No procedures are prescribed for non-taxpayers and no attempt is made to annul any of their Rights or Remedies in due course of law. With them [Non-taxpayers] Congress does not assume to deal and they are neither of the subject nor of the object of federal revenue laws. [Emphasis & Clarifications added]

**Conclusions:**

With the establishment of the knowledge within this presented writ, i your principal : Hurley Hughes Gill, Jr. (a.k.a. : Hurley-Hughes, Jr. : Gill), terminate the aforesaid statutory election; and, claim and declare, this believed lawful termination of the sub silentio statutory election from the beginning (with a retroactive effect) for all years of-which your principal, is with an age of the majority (herein the age equal to or greater than, twenty-one).

For it appears that the people : free inhabitant and/or otherwise lawful private American Citizen, American National, and/or Private Citizen (1869) of the de-jure united States of America united by and under, the organic powers, jurisdictions, and rights, expressly delegated to the United States (1859 and 1869) in Congress assembled [sic], is of the legal status : non-resident (a.k.a. Nonresident Alien Individual), referenced against the United States (the territories, District of Columbia, and apparently its subsidiary corporation(s)); and is thus legally alien (not a resident of the contract) referenced against the [private] corporate government jurisdiction of the District of Columbia (established by the Acts of 1871 & 1877, for the creation of a municipal corporate [private FEDERAL] government for the District of Columbia (1801), conceivably in accordance with the organic Constitution's (1869) article : XIV, by its bylaws, and apparently with their (District of Columbia) own [privately] independently titled constitution : [Federal] United States (U.S.) Constitution, doing its business as/by : United States, Inc. or some other subsidiary corporation). For there appears that no citizen (artificial or otherwise) of the aforesaid United States (the territories and District of Columbia) is of an existence before the Acts of 1871 & 1877, and the congressional legislation for the legalization of corporate citizens of the corporate United States [U.S. Inc. and/or other subsidiary corporation] under the jurisdiction : District of Columbia. The subsequent-forthcoming offer, for private corporations to technically join the aforesaid District of Columbia's corporate United States [U.S. Inc.], for the U.S. (United States, Inc.) citizenship with its corporate privileges and immunities is then, with an apparent clarification (1873)/extension to natural persons (men & women), for their becoming statutory corporate citizens as a supposed-legal deterrence against possible discrimination. [The converted resulting natural-to-artificial person (corporate/statutory fiction) though identified as a citizen of the United States under the supplanting [Federal] U.S. Constitution, is : not, with the unalienable-natural rights of a man or woman (natural person) (They are now a voluntary resident of the corporate contract.).]

Whereupon the quasi de jure National government established by the amended organic Constitution of the United States of America (1869) over the states (1859) united by and under, the aforesaid organic Constitution is with an apparent lack of any specific restriction for the broaden organic Constitutional amendment's utilization of the word : citizen, of the (these) United States (1869) by the declared-ratified organic Constitution of the United

Page: 7 : 8, is : property, of the Hurley-Hughes : Gill, Jr.

States of America (1868), article : XIV, § 1 [unlike the private (District of Columbia (D.C.)) Federal U.S. [Inc.] Constitution; where said bylaws are believed of an adoption after the year : 1870]. For the word : citizen, of all lower case lettering by the Rules of the English Language, with no specifically presented-limiting-contractual definition, is : one, of an all-inclusive technical definition for the contract (notwithstanding the re-defining of the word into a technically specific term; of-which your principal is believed privy not). In the event your principal's conclusion is of a technical mistake (e.g. where the term : United States, is technically utilized not in a sense of the government trusted with the protections of the people of the States of America (1870)), the lawful Private Citizens (e.g. American Citizens, the people) still cognitively appear with their same individual natural rights and protections by the de jure National government, by the amended organic Constitution of the United States of America (1859) by the Bill of Rights due to their (Private Citizen) alien status (not a resident of the contract); and these specific protections appear to lawfully continue and legally bind the de jure National government established by the amended organic Constitution of the United States of America (1869), over the de jure state (1859) protections by the organic Constitution's article : XIV, § 1 (1869). Hereunder the specific utilization of the words : any person, is apparently for the inclusion of the natural person (man & woman); who are : not, to be deprived equal protection of the laws or of their life, liberty, or property, without due process. Hereof your principal's conclusions appear as lawful support of the subject-matter for the continuation of the protections of the rights of the natural person (man or woman); pursuant to the organic laws of the country. Were not the free inhabitants and their lawful descendants, entitled to all privileges and immunities, of the free citizens in the several states (1859) without actual citizenship? Question: Fore where is it lawfully or legally, stated that the free inhabitant, freeholder, American Citizen, American National, and/or Private Citizen, with the entitled privileges and immunities, of a free citizen is required to give up their individual natural rights (with no change in his/her political status (nationality) [hence maintaining their status : alien (not a resident of the contract)]?

Hereunder it appears the living-breathing natural person (man and woman) : American Citizen, American National, freedman, freeman, Citizen (or otherwise : one, with the rights of a private citizen (1799)) of the several union states (1859) (States of America), and any other Private Citizen (individually any one of, the people, in an unofficial private capacity versus, the People [having an official government capacity]), is with individual protections of the de jure National government by the organic laws of the and these, United States of America (1869). Wherein the de-jure federal government of these aforesaid organic united States of America (1799; where the private citizenship of the individual union state (1859) of the States of America (S.A.) had a paramount & dominant, position) is replaced with a de-jure National government (1869), by the declared-ratified organic Constitution of the United States of America (1868), article : XIV, § 1 (Thereupon the National private citizenship is of an apparent paramount & dominant, position.). Whereas it appears : citizen of the United States (United States, Inc., or some other private corporation of the District of Columbia), apparently under their independently titled [Federal] U.S. Constitution ((in part or in whole) believed-enacted after the year : 1870, and by the year-end : 1879 [Act of 1877]), is with the conceivable-legal limitation of an artificial person (with no natural or unalienable, rights). For apparently no specific identifier to further identify a natural/private citizen, other-than the word : citizen, is : needful, till the time-period after the congressional legislation for the legalization of the artificial person [1873] as a possible [corporate] citizen of the United States [Inc.] (the territories and District of Columbia); where both the artificial person [e.g. firm, corporation, et cetera] and natural person (i.e. man or woman), are each with ability of becoming legal artificial persons of the U.S. [Inc.] corporation [Law of Like kind] as a legal Public U.S. citizen [citizen of the United States, Inc.].

With the establishment of the knowledge within this presented writ, i your principal : Hurley Hughes Gill, Jr. (a.k.a. : Hurley-Hughes, Jr. : Gill), terminate the aforesaid statutory election; and, claim and declare, this believed lawful termination from the beginning (with a retroactive effect) of the sub silentio statutory election for all years of-which your principal, is with an age of the majority (defined herein the age equal to or greater than, twenty-one). Whereas your principal claim and declare, all other years of-which your principal, is : not, with an age of the majority, as the first election; though, no-such requirement is of your principal's knowledge and/or understanding, at the time of this writing. Question : With the lack of full disclosure of the meaning and consequences, of the sub silentio election, by what other joinder is your living principal (man) with some jointer with the District of Columbia, and/or with its subsidiaries (e.g. The United States, Incorporated or otherwise)?

**\*\*\* no-more-than an affidavit is of the necessary instruments for the making of a prima facie case \*\*\***
United States v. Kis, 658 F.2d, 526, 536-537 (7th Cir., 1981);
Certiorari Denied, 50 U.S.L.W. 2169; S. Ct. March 22, 1982;

**\*\*\* for an affidavit is the highest form of the prima facie evidence; and, all that is : needful \*\*\***
Certiorari Denied, 455 U.S. 1018, 102 S.Ct. 1712, 72 L.Ed.2d 135 (1982);

**\*\*\* In judicio non creditor nisi juratis.** (In a trial, only those sworn are those given credence).

**Maxim : Equity regards as done that which ought to have been done.**

Page: 8 : 8, is : property, of the Hurley-Hughes : Gill, Jr.

Attachment : (b)

Recordation : Pulaski County City Clerk's Office : Virginia;   Instrument Number : 180001156
               Document :   140023062015(a) and United States Registered Mail : RB 912 677 283 US
                 drafted-by :   Gill   (Originator' family name : Gill).
                 Grantee(s) :   all magistrates, all other persons & people.
                 Grantor :   Hurley H Gill, Jr., Agent of the principal and
                             cestui que (beneficiary) : Hurley Hughes Gill, Jr.
              Instrument Returned to : _____Grantor_____  7/u 19-April : 2018

## Bond of Indemnity (Affidavit)



Know ye all jurisdictions : Commonwealth of Virginia, Virginia, States of America, United States of America, United States, and all other jurisdictions, persons and people, that this indenture : Bond of Indemnity, by a solemn declaration is for the establishment : indemnity, for all magistrates (e.g. Clerk of the Court, Governor, POTUS, et cetera) of the legislative, executive, and judicial, branches of the different corporate trusteeships and/or governments, of the and these, United States (hence all federal and state, corporations and/or governments, of a quasi nature or otherwise) and any other (civil, public, or otherwise) servant / officer, of a responsibility for the exercise of the functions of their specific office, by an Oath of Office or otherwise. Where the first surety : magistrate, is of a damnification and the liable party for the obligation / debt of the principal; and, the due-execution of the special and private, business trust : HURLEY HUGHES GILL JR (or any other derivative-named trust).

By this solemn declaration, the conscious man, beneficiary, and principal : Hurley Hughes Gill, Jr. (a.k.a. Hurley-Hughes, Jr. : Gill), herein grant and affirm : indemnity, to and for, the said-identified party(s) of the first paragraph of this declaration, for the stated purpose within this indenture; and herein claim, affirm, and declare, that this counter security : Bond of Indemnity, for each Indemnitee is of a irrevocable authority (till principal's death and estate closure) and a formally declared trust (Affidavit of Deed) by the principal (Indemnitor) for the duty-bound-performance of each Indemnitee, for the security : principal and beneficiary (cestui que). Where the purpose of this granted indemnity is for the lawful release of the Indemnitee's normal-daily business executions as not cause-damage against the man, principal, beneficiary (cestui que), and/or principal's Agent, for the lawful performance of the Indemnitee for the benefit : principal, beneficiary, and/or said Agent. Furthermore this granted indemnity by the principal and Grantor, is for the prompt enforcement of any and/or all, right(s) : man, principal, beneficiary, and said Agent, by the duty-bound-performance of the Indemnitee; with the result and conclusion, of no trespass or other wrong, against any right, property, peace, or interest, : man, principal, beneficiary, and/or said Agent.



Wherein this Indemnitor by the birthright : Jus soli (Right of Soil) and Jus sanguinis (Right of Blood), claim and declare, all the rights of a Virginia / American Freeholder (a rightful heir of a Virginia freehold : land patents [: 17th century], with no determinate duration by your principal's descent) and, depending on the subject-matter and/or ancestral time-period : free inhabitant (before & at, the time-period of the Declaration of Independence (antenati), natural born Citizen (1792), Virginia Citizen, American Citizen / National, Freeman, creditor, free citizen (with & without, the now limited private Virginia Citizenship (Constitution for the united States (1792) : art. IV, § 2)), and Virginian; of a harmony with the Organic Laws of the and these, United States. For this principal : Hurley Hughes Gill, Jr. (a.k.a. Hurley-Hughes, Jr. : Gill) of our present time, additionally claim and declare : Private Citizen, established by the pre-1873 and pre-1933, Constitution of the, and these, United States (1869), art. XIV, § 1.

Henceforth this Affidavit of Deed by this solemn declaration of the principal and Private Citizen : Hurley Hughes Gill, Jr. (a.k.a. Hurley-Hughes, Jr. : Gill), is-indenture of any one governing the special and private, business trust of the HURLEY HUGHES GILL JR (and/or any other trust of a derivative of the principal's name).

Thereby the damnified-indemnified party : first surety, is the responsible party for the remedy by an action-of-debt (or otherwise) against or on, this Bond of Indemnity against the terror of a suit and suffering; and where this formal arrangement between applicable parties is governed-by the Maxims of Equity (American Equity), Judicature Act of 1789 &1873 (Equity will prevail by the Rules of Equity when in conflict with the Rules of Law.), and the limiting maxim : delegata potestas non potest delegari (of mere authority, there is no further delegatory power); where any and all, uniquely cognizable causes are by the exclusive Jurisdiction of a federal district court of the united states, of exclusive equity (in special chambers). [See : Damnification, Abatement of Nuisances(libelous print), Like kind]

Whereby this principal (Indemnitor), with all rights of a principal and Private Citizen, claim and declare : exclusion, from the implemented-amended Emergency Bank Relief Act under the amended Trading with the Enemy Act; and this formal claim, is : notification, by the execution of this Bond of Indemnity under the Penalty of Perjury by your principal's lawful Agent. For any conflict, accept and admit, or : show-cause (Proof of Claim and Proof of Loss).

**Maxims of Equity :** [a.] Equity - One who comes into equity must come with clean hands; [b.] Equity - One who seeks equity must do equity; [c.] Equity - will delight in equality; [d.] Equity - will not suffer a wrong to be without

Page : 1 : 2, is : property, of the principal.

a remedy; [e.] Equity - will not allow a trust to fail for want of a trustee; [f.] Equity - will impute an intent (near vs. perfect, performance) to fulfill an obligation; [g.] Equity - will act in personam (assert a right of significant substance); [h.] Equity - will abhor a forfeiture; [i] Equity - will not require/compel an idle gesture (a useless thing of no value); [j.] Equity - will regard as done that which ought to have been done; [k.] Equity - will delight to do justice and not by halves; [l.] Equity - will take jurisdiction to avoid a multiplicity of suits; [m.] Equity - will follow the law; [n.] Equity - will not aid a volunteer; [o.] Equity - will not complete an imperfect gift [will not aid a volunteer]; [p.] Equity - will not allow a statute to be used as a cloak for fraud; [q.] Equity - will aid the vigilant, not those who slumber on their rights; [r.] Equity - will come to the aid of the defenseless; [s.] Equity - will prevail by the law, when the equities are equal (of an equality); [t.] Equity - will prevail with the first in order of time, between equal equities.

Hence both principal and contractual surety (Indemnitee(s)), are of a protection by the execution of this affirmed-solemn-declaratory security : Bond of Indemnity, with herein identified purposes and conditions; and the formal claim(s), notification(s), and indemnity of each Indemnitee, of this Deed : Bond of Indemnity, is of an affirmation by the execution of this solemn declaration. Wherein the Agent of the Hurley Hughes Gill, Jr. (principal and beneficiary; a.k.a. Hurley-Hughes, Jr. : Gill) of an actual existence (in esse), is : Hurley H Gill, Jr.; and, this same said Agent clothed with a separate identity is also the lawful Agent for the special and private, business trust(s) : HURLEY HUGHES GILL JR (and all other applicable-derivative trusts and names), for the beneficiary's benefit.

**Affirmation :** Now, i principal by a special & private, visitation, solemnly affirm, depone, claim, and declare, my freewill execution of this Bond of Indemnity, under the Penalty of Perjury by the laws : United States of America, Maxims of American Equity, and jehovah, with firsthand knowledge and otherwise, that the foregoing statements, information, and claim(s), are true in assemblage, substance, and fact, to the best of my knowledge and belief.



By the authority of the principal, the affirmed execution by the principal's Agent (hand and seal), is : given, on this _____eighteenth_____ day of the fourth month of the A.D. year : two-thousand-eighteen.

by : _____, Grantor & Agent;
Hurley H Gill, Jr. (Agent) of the principal & Indemnitor :
Hurley Hughes Gill, Jr. (a.k.a. Hurley-Hughes, Jr. : Gill).

## Jurat:

Pulaski County, Virginia        }
Commonwealth of Virginia        }
Commonwealth at Large           }        to-writ :

Witness my hand and seal, whom this presents shall come :

The foregoing titled instrument : Bond of Indemnity (Affidavit), by the special and private, visitation of the principal : Hurley Hughes Gill, Jr., is and was, affirmed, subscribed, and sealed, before me ____Rhonda J Sutphin____, Notary Public within the Radford City, Virginia; thereat the Grantor and Agent (Hurley H Gill, Jr.), appeared before me (Notary Public), and executed the said instrument on this _____eighteenth_____ day of the fourth month, of the anno Domini (A.D.) year : two-thousand-eighteen, for the written record.



For the contents of the foregoing-titled instrument : Bond of Indemnity, your subscribed Notary Public, is of no responsibility.

In accord, with the Law in the Circuit Court : __City of Radford__ ;
My Notary Registration Number is : __7644730__ ; and
My notarial commission expires : __August 31, 2019__ .

_____
_____Rhonda J Sutphin_____ [name]
Notary Public for the Commonwealth at Large

[seal: left & mostly above signature]................................................................

The aforesaid principal (in esse) and beneficiary (cestui que, with equitable interest) : Hurley-Hughes, Jr. : Gill (a.k.a. Hurley Hughes Gill, Jr.), affirm this a true copy of the copied recorded instrument and affirm the said principal's agreement with this instrument's execution; where this separate affirmation is given on this _____ day : _____ month of the anno Domini (A.D.) year : two-thousand-_____.

_____ , principal
Hurley-Hughes, Jr. : Gill (principal and Indemnitor).

Page : 2 : 2, is : property, of the principal.