IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-CR-00149-RJC-DCK

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAYTON GILL | ) | |
| | ) | |

**THIS MATTER** is before the Court on motion of the defendant's father to intervene and for dismissal of the charges against his son. (Doc. No. 26).

"Regardless of his persuasive powers, an advocate who is not a member of the bar may not represent clients (other than himself) in court." Wheat v. United States, 486 U.S. 153, 159 (1988). Thus, the admission of counsel qualified to practice before this Court is governed by Local Civil Rule 83.1. L. Cr. R. 44.1. There is no indication that the defendant's father is authorized to practice law in this District.

**IT IS, THEREFORE, ORDERED** that the motion, (Doc. No. 26), is **STRICKEN**.

Signed: July 18, 2023

Robert J. Conrad, Jr.
United States District Judge