IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:22-cr-00149

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **PRELIMINARY ORDER OF** |
| | ) | **FORFEITURE** *(NUNC PRO TUNC)* |
| JAYTON GILL | ) | |

THIS MATTER is before the Court on the Government's Motion for Preliminary Order of Forfeiture *Nunc Pro Tunc*. (Doc. No. 28).

The United States requests, pursuant to Fed. R. Crim. P. 32.2(b), 18 U.S.C. §§ 982(a)(1) and 924(d), and 28 U.S.C. § 2461(c), that this Court enter, *nunc pro tunc*, a Preliminary Order of Forfeiture for the currency and firearm that the United States contends were involved in the offenses in this case. For good cause shown and based on the preponderance of the evidence, this Court hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED**, based upon Defendant's conviction and the sentencing hearing, the United States is authorized to seize the following property, and it is hereby forfeited to the United States for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n):

> **Approximately $62,731 in United States Currency seized during the investigation; and**
>
> **One Smith & Wesson, model M&P, 9mm pistol, serial number HKA3867 and ammunition seized during the investigation.**

If no third-party files a timely claim, this Order of Forfeiture shall become final.

Signed: July 25, 2023

*Robert J. Conrad, Jr.*
Robert J. Conrad, Jr.
United States District Judge

1