IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:22CR00149-RJC

| UNITED STATES OF AMERICA | ) |
|---|---|
| | ) |
| v. | ) |
| | ) |
| JAYTON GILL | ) |
| | ) |

## NOTICE OF ATTORNEY APPEARANCE

NOW COMES Matthew G. Pruden and enters his appearance as counsel on behalf of Jayton Gill in the above-captioned matter for the purpose of filing a motion for modification of supervised release conditions.

This the 12th day of December, 2024.

                                                      Respectfully submitted,

                                                      /s/ Matthew G. Pruden
                                                      Matthew G. Pruden
                                                      Bar No. 32888
                                                      Attorney for Mr. Gill
                                                      Tin Fulton Walker & Owen, PLLC
                                                      301 East Park Ave.
                                                      Charlotte, NC 28203
                                                      Phone: 704-338-1220
                                                      Fax: 704-338-1312
                                                      E-mail: mpruden@tinfulton.com

## CERTIFICATE OF SERVICE

I certify that I have served the foregoing **NOTICE OF APPEARANCE** on opposing counsel by submitting a copy thereof through ECF, to be sent to:

> Daniel Ryan
> Assistant United States Attorney
> 227 West Trade Street
> Suite 1650
> Charlotte, NC 28202
> Daniel.ryan@usdoj.gov

This the 12th day of December, 2024.

/s/ Matthew G. Pruden
Matthew G. Pruden